**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tyisa, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Isabella Eatery** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1394088** |

4. **Debtor's address**

**Principal place of business**

**12154 Darnestown Road, Ste 621**
**Gaithersburg, MD 20878**
Number, Street, City, State & ZIP Code

**Montgomery**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**2001 International Drive Mc Lean, VA 22102**
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Tyisa, LLC**
Name

Case number (*if known*)

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **7225**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No
☑ Yes.

Debtor  **See Attachment**  Relationship ____
District ____ When ____ Case number, if known ____

| Debtor | **Tyisa, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Tyisa, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  6, 2018**
              MM / DD / YYYY

**X /s/ Johannes Allender**                          **Johannes Allender**
Signature of authorized representative of debtor     Printed name

Title   **CFO**

**18. Signature of attorney**

**X /s/ Richard J. Oparil**                          Date **September  6, 2018**
Signature of attorney for debtor                          MM / DD / YYYY

**Richard J. Oparil**
Printed name

**Porzio, Bromberg & Newman, P.C.**
Firm name

**1200 New Hampshire Avenue, NW**
**Washington, DC 20036-6802**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   **rjoparil@pbnlaw.com**

**13063**
Bar number and State

Debtor  **Tyisa, LLC**
_____  Case number (*if known*)  _____
Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND
_____

Case number (*if known*) _____  Chapter  **11**

☐ Check if this an
amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **14WBella, LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21825** |
| Debtor | **BellCantina, LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21823** |
| Debtor | **BellKap, LLC** | | | Relationship to you | **Affiliate** |
| District | | When | | Case number, if known | |
| Debtor | **BellNoodle, LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21824** |
| Debtor | **CPKap, LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21808** |
| Debtor | **Masskap, LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21827** |
| Debtor | **Mike Isabella, Inc.** | | | Relationship to you | **Affiliate** |
| District | | When | | Case number, if known | |
| Debtor | **Mosakap, LLC** | | | Relationship to you | **Affiliate** |
| District | **Maryland** | When | **9/06/18** | Case number, if known | **18-21828** |

**WRITTEN CONSENT**
**OF THE**
**MANAGING MEMBER OF**
**TYISA, LLC**

**Dated: September 5, 2018**

The undersigned, being the managing member (the "Governing Person") of Tyisa, LLC (the "Company"), in lieu of a special meeting, does hereby take the following actions and adopt the following resolutions by written consent:

**WHEREAS,** pursuant to Section 6.01(B) of the Company's operating agreement, any action relating to the management of the Company which the members may take shall require the consent of the managing members holding 51% of the percentage interests;

**WHEREAS,** the Governing Person has evaluated the Company's alternatives in connection with a possible restructuring and, after due consideration, have determined it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court for the District of Maryland pursuant to Chapter 11 of Title 11 of the Unites States Bankruptcy Code (the "Bankruptcy Code");

NOW, THEREFORE BE IT:

**RESOLVED,** that the Company shall be, and it hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Maryland or such other court as the appropriate officer or officers of the Company shall determine to be appropriate (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing, the performance of such acts to constitute conclusive evidence of the reasonableness, advisability, expedience, convenience, appropriateness, or necessity thereof;

**RESOLVED FURTHER,** that the Governing Person and any other officer or person designated and so authorized to act (the "Authorized Officers") shall be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to execute, acknowledge, delivery, verify and file petitions, schedules, lists, and other papers or documents in the United States Bankruptcy Court for the District of Maryland to commence a case under Chapter 11 of the Bankruptcy Code, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable or proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case at such time as said officer executing the same shall determine; and it was further

**RESOLVED FURTHER,** that the Authorized Officers, on behalf of the Company, are authorized, and empowered to retain the law firm of Porzio Bromberg & Newman, PC ("Porzio") as bankruptcy counsel to the Company to represent and assist the Company in carrying out its

4034161

duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Porzio;

**RESOLVED FURTHER,** that the Authorized Officers of the Company be, and each of them acting singly is, hereby authorized and empowered to employ and retain any other professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants or brokers necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

**RESOLVED FURTHER,** that the Company, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and it hereby is, authorized to: enter into and incur any obligations under a new debtor in possession financing facility or facilities and any associated documents and consummate the transactions contemplated therein (collectively, the "Financing Transactions") with such lenders and on such terms as may be approved by any one or more of the Authorized Officers, as may be reasonably necessary, desirable or appropriate for the continuing conduct of the affairs of the Company; and pay related fees, incur the debt contemplated by the Financing Transactions and grant security interests in and liens upon some, all or substantially all of the Company's assets in each case as may be deemed necessary, desirable or appropriate by any one or more of the Authorized Officers in connection with the Financing Transactions;

**RESOLVED FURTHER,** that the Authorized Officers of the Company be, and each of them acting singly is, hereby authorized, empowered and directed on behalf of the Company to take any and all actions, negotiate, finalize, execute, certify, deliver, file and/or record and perform any and all documents, agreements, instruments, motions, pleadings, schedules, affidavits, certificates, applications for approvals, rulings of governmental or regulatory authorities and other papers, and to take and perform any and all further acts and deeds which they, in their sole discretion, deem necessary, proper, or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 reorganization, such discretion to be conclusively evidenced by the filing thereof or the taking or performance of such action; and

**RESOLVED FURTHER,** that all of the acts and transactions taken by any Authorized Person in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except

that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER,** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

*[signature pages follow]*

**IN WITNESS WHEREOF**, the undersigned, being a managing member of the Company has executed this written consent as of the date first written above:

MIKE ISABELLA, INC.

By: _____
Michael Isabella
President

4034161

**Fill in this information to identify the case:**

Debtor name    **Tyisa, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  6, 2018**     X **/s/ Johannes Allender**

                                       Signature of individual signing on behalf of debtor

                                       **Johannes Allender**

                                       Printed name

                                       **CFO**

                                       Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Tyisa, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adams Burch 1901 Stanford Court Hyattsville, MD 20785** | | **Contract** | **Disputed** | | | **$183,084.12** |
| **Alliance Technology Group, LLC 7010 Hi Tech Drive Hanover, MD 21076** | | **Trade Payable** | | | | **$39,927.53** |
| **Alsco 4900 Philadelphia Way Lanham, MD 20706** | | **Trade Payable** | | | | **$19,587.59** |
| **Baldor Specialty Foods, Inc. 155 Food Center Drive Bronx, NY 10474** | | **Trade Payable** | | | | **$77,158.81** |
| **Capital Meat Co. P.O. Box 3117 Hyattsville, MD 20784** | | **Trade Payable** | | | | **$51,373.33** |
| **Congressional Seafood Co., Inc. 7775 Chesapeake Bay Court Jessup, MD 20794** | | **Trade Payable** | | | | **$57,371.52** |
| **DC Party Rental 2625 South Shirlington Road Arlington, VA 22206** | | **Trade Payable** | | | | **$17,891.48** |
| **Department of Tax Adm - Sales Tax P.O. Box 26627 Richmond, VA 23261-6627** | | **Sales Tax** | | | | **$107,705.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                     Best Case Bankruptcy

| Debtor | Tyisa, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dept of Tax Adm - Personal Property Tax P.O. Box 10201 Fairfax, VA 22035-0201 | | Property Tax | | | | $104,804.00 |
| Hospitality Construction Services Inc. 840 Lake Varuna Mews Gaithersburg, MD 20878 | | Trade Payable | | | | $96,423.72 |
| Julius Silvert, Inc. P.O. Box 824559 Philadelphia, PA 19182-4559 | | Trade Payable | | | | $140,390.37 |
| Kelly Health Insurance P.O. Box 418926 Boston, MA 02241-8926 | | Trade Payable | | | | $10,144.48 |
| LDV Imports 130 West 25th Street, Floor 7 New York, NY 10001 | | Trade Payable | | | | $19,669.00 |
| Oracle America, Inc. P.O. Box 203448 Dallas, TX 75320-3448 | | Trade Payable | | | | $16,293.31 |
| Potomac Exhaust, Inc. 1775 West Mt. Harmony Road Owings, MD 20736 | | Trade Payable | | | | $10,000.00 |
| Restaurant Technologies, Inc. 12962 Collections Center Drive Chicago, IL 60693 | | Trade Payable | | | | $13,009.76 |
| Samuels & Son Seafood Co. 3400 S Lawrence St Philadelphia, PA 19148 | | Trade Payable | | | | $35,910.89 |
| The General Design Company LLC 406 H St NE, 2nd Fl Washington, DC 20002 | | Trade Payable | | | | $25,554.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Tyisa, LLC** _____     Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tysons Gallareia LLC SDS-12-3054 P.O. Box 86 Minneapolis, MN 55488-3054** | | **Past Due Rent** | | | | **$171,207.99** |
| **Waste Management 24516 Network Place Chicago, IL 60673-1245** | | **Trade Payable** | | | | **$54,059.28** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Tyisa, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*........................................................................................ $      0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..................................................................................... $      3,426,614.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*....................................................................................... $      3,426,614.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      794,586.86

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $      345,597.13

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$      1,226,374.82

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b      $      2,366,558.81

**Fill in this information to identify the case:**

Debtor name    **Tyisa, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

19.    **Raw materials**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

Debtor    **Tyisa, LLC**_____    Case number *(if known)* _____
      Name

| | | | | | |
|---|---|---|---|---|---|
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**Perishable Goods that**<br>**Landlord has onsite** | 07/31/2018 | $55,330.00 | Recent cost | $55,330.00 |

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.                            **$55,330.00**

24. **Is any of the property listed in Part 5 perishable?**

    ■ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ■ No

    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.

    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.

    ■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Restaurant Furniture - Landlord has all fixed**<br>**assets onsite.** | $54,828.00 | Recent cost | $54,828.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**Kitchen and computer equipment.  Landlord**<br>**has all fixed assets onsite.** | $3,316,456.00 | Recent cost | $3,316,456.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;<br>books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card<br>collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.                            **$3,371,284.00**

Debtor  **Tyisa, LLC**
_____     Case number *(If known)* _____
Name

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.    **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ■ No.  Go to Part 9.
       ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54.    **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59.    **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** Internet domain | Unknown | | Unknown |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

       | $0.00 |
       |---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 3

Debtor    **Tyisa, LLC**
_____
Name

Case number *(If known)* _____

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Tyisa, LLC**
        Name                                                    Case number *(if known)* _____

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $55,330.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,371,284.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9........................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,426,614.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,426,614.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Tyisa, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| **2.1** **M&T Bank** | Describe debtor's property that is subject to a lien | $775,096.00 | $3,856,033.62 |
|---|---|---|---|
| Creditor's Name | **Kitchen Equipment** | | |

**One M&T Plaza**
**Buffalo, NY 14203**

Creditor's mailing address

Describe the lien

**Loan**

**teltimsahy@mtb.com**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

**12/12/2017**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Sysco Baltimore** | Describe debtor's property that is subject to a lien | $19,490.86 | $0.00 |
|---|---|---|---|
| Creditor's Name | **Trade Payable** | | |

**Attn: A/R Credit**
**P.O. Box 1099**
**Jessup, MD 20794**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Tyisa, LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $794,586.86

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
| --- |

Debtor name __**Tyisa, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address<br>**Aaron S Martinez**<br>**3038 Patrick Henry Dr #101**<br>**Falls Church, VA 22044** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $893.76 | $893.76 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Abercio Machado**<br>**2046 Pimmit Dr**<br>**Falls Church, VA 22043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |  |  |
| Last 4 digits of account number | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |  |  |

Debtor **Tyisa, LLC**                         Case number (if known) _____
         Name

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Adalberto Nunez Velasquez**
**2162 Evans Ct Apt 102**
**Falls Church, VA 22043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Adalberto P Barrios**
**2911 John Marshall Dr**
**Seven Corners, VA 22044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Aiza Ortiz**
**6221 Wilson Blvd #102**
**Seven Corners, VA 22044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Alejandro J Villalobos Quiros**
**5301 Inverchapel Rd**
**Springfield, VA 22151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Alejandro Pineda**<br>**1556 Sunstone Drive**<br>**McLean, VA 22102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **ALEX CONTE**<br>**4914 MSFARLAND DR**<br>**FAIRFAX, VA 22032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$296.13** | **$296.13** |
|---|---|---|---|---|
| | **Alexander C Baban**<br>**6916 Bonheim Ct**<br>**McLean, VA 22101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Alexander Vasquez**<br>**7408 Colshire Dr**<br>**Tysons, VA 22102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Tyisa, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Alexandra Rodriguez Vera**
**5303 Indian Rock Rd**
**Centreville, VA 20120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,268.97** | **$1,268.97** |
|---|---|---|---|---|

**ALEXIS GARCIA MARQUEZ**
**7626 MATERA ST**
**APT 203**
**FALLS CHURCH, VA 22043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Ali Malik Loudiyi**
**9614 Inverary Ct**
**Lorton, VA 22079**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Ali S Rodriguez**
**4132 Chantilly Lace Ct**
**Chantilly, VA 20151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Allison Fernandez**
**6522 Sharps Dr**
**Centreville, VA 20121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,513.66** | **$1,513.66** |
|---|---|---|---|---|

**Amadeo Parada Del Cid**
**150 Patrick St SW Apt 192**
**Vienna, VA 22180**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$358.72** | **$358.72** |
|---|---|---|---|---|

**Amador Sotelo**
**2152 Evans Ct**
**Apt 304**
**Falls Church, VA 22043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Amanda C Tiencken**
**6130 Early Autumn Dr**
**Centreville, VA 20120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Amanda Nelson**
**PO Box 10633**
**BURKE, VA 22009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,446.41** | **$1,446.41** |
|---|---|---|---|---|

**Amielia K Sompayrac**
**11628 Ranch Ln**
**North Potomac, MD 20878**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Ana Andrade**
**37 Wedgedale Dr**
**Sterling, VA 20164**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,265.56** | **$1,265.56** |
|---|---|---|---|---|

**Ana B Rafael**
**7612 Matera St Apt 203**
**Falls Church, VA 22043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Tyisa, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.23** | Priority creditor's name and mailing address
**Anahita Daneshkazemi**
**2695 Arlington Dr**
**Alexandria, VA 22306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address
**ANDERSON FLORES-RAFAEL**
**7612 MATERA ST**
**APT 203**
**FALLS CHURCH, VA 22043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$549.80 | $549.80

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address
**Andrew Gaballa**
**2729 Pleasantdale Rd #T4**
**Vienna, VA 22180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address
**Andrew Gamarra**
**4410 Pickett Road**
**Fairfax, VA 22032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,262.30 | $2,262.30 |
|---|---|---|---|---|

**Andrew Liang**
**1540 Morningside Drive #2B**
**Fairfax, VA 22031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Andrew R Santos Llamas**
**2815 Winchester Way**
**Falls Church, VA 22042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Notice Only** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,624.59 | $1,624.59 |
|---|---|---|---|---|

**Angeni Villarroel**
**5204 Light Street**
**NORTH SPRINGFIELD, VA 22151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $565.52 | $565.52 |
|---|---|---|---|---|

**Ankit Kafle**
**7410 Barley Walk**
**Falls Church, VA 22042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Tyisa, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Anne E Wierzbicki**
**208 Skyhill Rd Apt 5**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,016.63 | $1,016.63 |
|---|---|---|---|---|

**Anne Lai**
**4430 31st Street South**
**Apt 201**
**ARLINGTON, VA 22206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Antonio Lopez**
**6521 Gildar St**
**Alexandria, VA 22310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Antonio Villanueva Julca**
**124 Haycock Rd B1**
**Falls Church, VA 22043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.75 | $528.75 |
|---|---|---|---|---|
| | **Arely Rosell**<br>**9451 Lee Highway**<br>**Apt 911**<br>**FAIRFAX, VA 22031** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,392.88 | $1,392.88 |
|---|---|---|---|---|
| | **Armando Hernandez Martinez**<br>**3038 Patrick Henry Dr Apt 101**<br>**Falls Church, VA 22044** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Arnulfo Lopez Casiano**<br>**7301 Parkwood Ct #302**<br>**Falls Church, VA 22042** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Arturo Salvador Morales**<br>**6160 Wilson Blvd Apt 04**<br>**Falls Church, VA 22205** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Tyisa, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Asante Z Pearson**
**4114 Beck St SE**
**Washington, DC 20019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$835.53** | **$835.53** |
|---|---|---|---|---|

**Asela Contreras**
**7426 Colshire Drive**
**Apt 102**
**MCLEAN, VA 22102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Ashfaq Hossein**
**2246 N Beauregard St Apt 24**
**Alexandria, VA 22311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Ashraf Bazi Kabbaj**
**3310 Woodburn Village Dr**
**Annandale, VA 22003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ayman A Gad**
**2729 Pleasantdale Rd Apt T4**
**Vienna, VA 22180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Aziz W Loza**
**714 Cedar Lane**
**Vienna, VA 22180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Battseg Davdugar**
**5550 Columbia Pike Apt 750**
**Arlington, VA 22204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Beman Habashy**
**4818 Kenmore Ave Apt 304**
**Alexandria, VA 22304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Tyisa, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Benjamin Bowen**
**5120 Woodmere Dr Apt 303**
**CENTREVILLE, VA 20120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$521.56** | **$521.56** |
|---|---|---|---|---|

**Bianca Nguyen**
**11221 Legato Way**
**SILVER SPRING, MD 20901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Blake Alfaro**
**3321 Lothian Rd**
**Fairfax, VA 22031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Blanco E Portillo**
**7425 Vernon Square Dr Apt 103**
**Alexandria, VA 22306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,168.59 | $1,168.59 |
|---|---|---|---|---|

**Boris E Mazate Cuaje**
**327 N George Mason Dr**
**Arlington, VA 22203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $582.40 | $582.40 |
|---|---|---|---|---|

**Boris Komatina**
**1200 S Courthouse Road**
**Apt 801**
**ARLINGTON, VA 22204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Boris M Anguelov**
**2300 24th Rd S Apt 124I**
**Arlington, VA 22206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Brenda Y Avalos**
**7600 Ledford St**
**Falls Church, VA 22043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Tyisa, LLC**          Case number (if known) _____

Name

| 2.55 | Priority creditor's name and mailing address<br>**Brianna E Lloyd**<br>**4713 Gloucester Rd**<br>**Alexandria, VA 22312** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address<br>**Bruce A Vargas**<br>**4002 19th Ave**<br>**Temple Hills, MD 20748** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address<br>**Bryan Ruiz**<br>**1935 Pimmit Dr**<br>**Falls Church, VA 22043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address<br>**Bryan Sharpe**<br>**12209 Fairfield House Drive Apt 509**<br>**FAIRFAX, VA 22033** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,434.85** | **$1,434.85** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Tyisa, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.59 | Priority creditor's name and mailing address<br>**Bryon K McClain III**<br>**210 E Fairfax St**<br>**Apt 319**<br>**FALLS CHURCH, VA 22046** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,381.03** | **$1,381.03** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address<br>**Cameron E Diamond**<br>**10201 Silver Bell Terrace**<br>**ROCKVILLE, MD 20850** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address<br>**Camila Alfaro San Miguel**<br>**8004 Chanute Pl Apt 5**<br>**Falls Church, VA 22042** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address<br>**Carl W Samans**<br>**1050 N Stuart St**<br>**Arlington, VA 22201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Carlos A Rivera Guzman**
**229 Ogiethorpe St NE**
**WASHINGTON, DC 20011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,395.44** | **$1,395.44** |
|---|---|---|---|---|

**Carlos C Rodriguez**
**6435 Gentle Cir**
**Montgomery Village, MD 20886**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Carlos Marroquin**
**2905 Wickersham Way**
**Falls Church, VA 22042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Carlos Sosa**
**10626 Provincial Dr**
**Manassas, VA 20109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $640.15 | $640.15 |
|---|---|---|---|---|
| | **Carolina Granado Mancilla**<br>**7626 Matera St**<br>**Apt 203**<br>**Falls Church, VA 22043** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $615.10 | $615.10 |
|---|---|---|---|---|
| | **Casey A Delavega**<br>**2300 Pimmit Dr Apt 1409**<br>**Falls Church, VA 22043** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Cattleya Saetae**<br>**9534 Miranda Ct**<br>**Fairfax, VA 22031** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,013.47 | $1,013.47 |
|---|---|---|---|---|
| | **Cesar A Morales Vasquez**<br>**1125 N Randolph St**<br>**Apt 11**<br>**ARLINGTON, VA 22201** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **Tyisa, LLC**        Case number *(if known)* _____

       Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Chaina McKinney**<br>**2958-2962 2nd St SE**<br>**Washington, DC 20032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Chakapong Soundara**<br>**8407 Academy St**<br>**Vienna, VA 22180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Chelsea J Killigrew**<br>**10121 Blue Coat Dr**<br>**Fairfax, VA 22030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Chloe Caras**<br>**1921 8th St NW**<br>**Apt E405**<br>**WASHINGTON, DC 20001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Christian Cardenas Parra**
**4500 Bennion Rd**
**Silver Spring, MD 20906**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Christina K Choi**
**7911 Falstaff Rd**
**McLean, VA 22102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,414.37 | $1,414.37 |
|---|---|---|---|---|

**Christopher J Vitale**
**8215 Peridot Dr Unit 303**
**Tysons, VA 22102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Christopher W Pickarz**
**4801 Briggs Rd**
**Fairfax, VA 22030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Tyisa, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Cornelius Chandler** | *Check all that apply.* | | |
| | **1553 Roberts Dr SE** | ☐ Contingent | | |
| | **Mableton, GA 30126** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | | |

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,582.13 | $1,582.13 |
|---|---|---|---|---|
| | **Curt A Bizovi** | *Check all that apply.* | | |
| | **10912 Scott Drive** | ☐ Contingent | | |
| | **FAIRFAX, VA 22030** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | | |

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Damaris Rosell** | *Check all that apply.* | | |
| | **2550 Chain Bridge Rd** | ☐ Contingent | | |
| | **Vienna, VA 22181** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | | |

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Daniel Garibaldi** | *Check all that apply.* | | |
| | **11437 Hollow Timber Court** | ☐ Contingent | | |
| | **RESTON, VA 20194** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No  ☐ Yes | | |

---

Debtor   **Tyisa, LLC**                                          Case number (if known)
_____
Name

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.83 | Priority creditor's name and mailing address
**Daniel Miranda Reyes**
**908 Ellison St Apt 313**
**Falls Church, VA 22046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

---

2.84 | Priority creditor's name and mailing address
**Daniel Waissman**
**2066 Royal Fern Ct**
**Reston, VA 20191**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

---

2.85 | Priority creditor's name and mailing address
**Daniela I Salamanca Enriquez**
**7402 Lucerne Ln**
**Annandale, VA 22003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

---

2.86 | Priority creditor's name and mailing address
**Darby S Fallon**
**6485 Waterfield Rd**
**Alexandria, VA 22315**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)   ■ No
☐ Yes

| Debtor | **Tyisa, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Darius C Thomas**
**6169 Tag Ct**
**Woodbridge, VA 22193**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**David Diaz Merino**
**633 Alamo Street**
**Springfield, VA 22150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**David Garcia Medina**
**4117 4th St N Apt1**
**Arlington, VA 22203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Daysi E Chacon Barrientos**
**6175 Arlington Blvd Apt 202**
**Falls Church, VA 22044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | $0.00 |
|---|---|---|---|---|
| | **Deborah Sweasy**<br>**7728 Virginia Ln**<br>**Falls Church, VA 22043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | $0.00 |
|---|---|---|---|---|
| | **Deimer Arreaga**<br>**4131 Novar Drive**<br>**Chantilly, VA 20151** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,432.22** | $1,432.22 |
|---|---|---|---|---|
| | **Delmer O Garcia Medrano**<br>**6615 Mayfair Dr Apt 202**<br>**Falls Church, VA 22042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$107,705.00** | $0.00 |
|---|---|---|---|---|
| | **Department of Tax Adm - Sales**<br>**Tax**<br>**P.O. Box 26627**<br>**Richmond, VA 23261-6627** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Tyisa, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | *Name* | | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104,804.00 | $0.00 |
|---|---|---|---|---|

**Dept of Tax Adm - Personal Property Tax**
**P.O. Box 10201**
**Fairfax, VA 22035-0201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,211.58 | $1,211.58 |
|---|---|---|---|---|

**Derryl Jones Rogers**
**7139 Groveton Gardens Rd**
**Apt 103**
**Alexandria, VA 22306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Diana Megia**
**910 Ellison St Apt 213**
**Falls Church, VA 22046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Diana Piraquive**
**7462 Larne Ln**
**Lorton, VA 22079**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Dillion Most**<br>**10236 Grittenford Dr**<br>**VIENNA, VA 22182** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Dina Ventura**<br>**2804 Arlington Blvd**<br>**Arlington, VA 22204** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Dusan Milvojevic**<br>**4910 Fran Pl Apt 202**<br>**Alexandria, VA 22312** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,116.16 | $2,116.16 |
|---|---|---|---|---|
| | **Edgar Guzman Lopez**<br>**3038 Patrick Henry Dr Apt 101**<br>**Falls Church, VA 22044** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Edgar Silva** | Check all that apply. | | |
| | **3310 Webley Ct** | ☐ Contingent | | |
| | **Annandale, VA 22003** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Edlyn J Alvarado Sura** | Check all that apply. | | |
| | **7909 John Adams Ct Apt 102** | ☐ Contingent | | |
| | **Annandale, VA 22003** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Edmar Salinas Vallejo** | Check all that apply. | | |
| | **447 N Armistead St** | ☐ Contingent | | |
| | **Alexandria, VA 22312** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $368.14 | $368.14 |
|---|---|---|---|---|
| | **Eduardo Ramirez-Rafael** | Check all that apply. | | |
| | **7612 Matera St Apt 203** | ☐ Contingent | | |
| | **FALLS CHURCH, VA 22043** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Edward A Dohung**
**6001 Arlington Blvd**
**Falls Church, VA 22044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Edward Chung**
**4327 Ravensworth Rd**
**Annandale, VA 22003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.37 | $224.37 |
|---|---|---|---|---|

**Edward Moreno**
**2019 Leonard Rd**
**Falls Church, VA 22043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,357.14 | $1,357.14 |
|---|---|---|---|---|

**Edward Murphy**
**21026 Hooded Crow Dr**
**Leesburg, VA 20175**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Tyisa, LLC | | Case number (if known) | |
|--------|------------|--|------------------------|--|
| | Name | | | |

---

**2.111** | Priority creditor's name and mailing address

**Edwin A Rosales**
**11665 N Shore Dr Apt 2**
**Reston, VA 20190**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.112** | Priority creditor's name and mailing address

**Edwin Gonzalez Gomez**
**2710 Pleasantdale Rd**
**Vienna, VA 22180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.113** | Priority creditor's name and mailing address

**Eleazar Dominguez**
**2159 Evans Ct**
**Falls Church, VA 22043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.114** | Priority creditor's name and mailing address

**Elias M Gibson**
**1614 Savannah St SE #202**
**Washington, DC 20020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Elliot Drew**
**733 N Kings Rd**
**Apt 349**
**Los Angeles, CA 90069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Emad M Saleeb**
**2729 Pleasantdale Rd Apt T4**
**Vienna, VA 22180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Emil A Khamnei**
**8077 Crooked Oaks Ct**
**Gainesville, VA 20155**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.93 | $322.93 |

**Emily A Reed**
**12 Auburn Ct**
**Apt B**
**ALEXANDRIA, VA 22306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $851.97 | $851.97 |
|---|---|---|---|---|

**Emily Browne**
**7337 El dorado St**
**MCLEAN, VA 22102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Emily Partigan**
**1803 Colverlawn Ct**
**MCLEAN, VA 22101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Enkhbaatar Gayabazar**
**1401 N Taft St Apt 1013**
**Arlington, VA 22201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $589.82 | $589.82 |
|---|---|---|---|---|

**Enrique Blanco Reyes**
**8107 Pinelake Ct**
**ALEXANDRIA, VA 22309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Tyisa, LLC**
_____    Case number (if known)  _____
Name

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Eric M Henriquez**
**11610 Veirs Mill Rd**
**Silver Spring, MD 20902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Erick Machado Villalta**
**902 Ellison St**
**Falls Church, VA 22046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Esam S Saeed**
**2729 Pleasantdale Rd #T4**
**Vienna, VA 22180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Esmeralda Barrios**
**2923 John Marshall Dr**
**Arlington, VA 22207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **Tyisa, LLC**                                            Case number (if known) _____
_____
Name

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | $0.00 |
|---|---|---|---|---|

| 2.127 | Priority creditor's name and mailing address<br>**Esmeralda Pablo Barrios**<br>**1236 11th St NW Apt 110**<br>**Washington, DC 20001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.128 | Priority creditor's name and mailing address<br>**Eun Suk Bae**<br>**7414 Farnum St**<br>**Springfield, VA 22151** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.129 | Priority creditor's name and mailing address<br>**Evelin H Sales Juarez**<br>**4300 4th St N Apt 2**<br>**Arlington, VA 22203** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,171.85** | $1,171.85 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.130 | Priority creditor's name and mailing address<br>**Exson Arita Rosell**<br>**2550 Chain Bridge Rd**<br>**Vienna, VA 22181** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Flor Calderas** | Check all that apply. | | |
| | **1304 N Pierce St** | ☐ Contingent | | |
| | **Arlington, VA 22209** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Flor De Maria Cajas Morales** | Check all that apply. | | |
| | **7531 Lee Hwy Service Rd** | ☐ Contingent | | |
| | **Falls Church, VA 22042** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $910.54 | $910.54 |
|---|---|---|---|---|
| | **Francisco Machado** | Check all that apply. | | |
| | **601 Four Mile Rd Apt 312** | ☐ Contingent | | |
| | **Alexandria, VA 22305** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Gerald A Reynosa** | Check all that apply. | | |
| | **7101 Granberry Way** | ☐ Contingent | | |
| | **Springfield, VA 22151** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Tyisa, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | $0.00 |
|---|---|---|---|---|
| | **Gerardo Guzman Marquez**<br>**3038 Patrick Henry Dr #101**<br>**Falls Church, VA 22044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,295.81** | $2,295.81 |
|---|---|---|---|---|
| | **GHIZLANE DAKOUNI**<br>**5599 SEMINARY RD**<br>**APT 2312 S**<br>**FALLS CHURCH, VA 22041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | $0.00 |
|---|---|---|---|---|
| | **Gillian Schroeder**<br>**2030 N Adams St #1206**<br>**Arlington, VA 22201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,234.77** | $1,234.77 |
|---|---|---|---|---|
| | **Giovanny Campoverde**<br>**3800 Powell Ln**<br>**Falls Church, VA 22041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Tyisa, LLC** | | Case number *(if known)* | |
|--------|----------------|--|--------------------------|--|
| | Name | | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|------|------|------|------|

Priority creditor's name and mailing address
**Gloria Arias**
**4312 Pickett Road**
**Fairfax, VA 22032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Priority creditor's name and mailing address
**Gloria E Flores Umana**
**7626 Matera St Apt 203**
**Falls Church, VA 22043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,390.76    $1,390.76

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

2.140

---

Priority creditor's name and mailing address
**Gloria M Marina Mancilla**
**7624 Matera St Apt 1**
**Falls Church, VA 22043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,063.53    $1,063.53

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

2.141

---

Priority creditor's name and mailing address
**Grecia Balboa Seas**
**2135 North Monroe Street**
**Arlington, VA 22207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

2.142

---

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Gregory Runner**
**1407 Northgate Square Unit 2**
**Reston, VA 20190**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,211.27 | $1,211.27 |
|---|---|---|---|---|

**Gustavo A Grijalva**
**21 Cree Dr**
**Oxon Hill, MD 20745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Haisam H Saddak**
**2729 Pleasantdale Rd Apt T4**
**Vienna, VA 22180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hakim Belazouz**
**7481 Lee Hwy**
**Falls Church, VA 22043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hamid Chabane Chaouche**
**7515 Little River Turnpike**
**Annandale, VA 22003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Hasan Cruz**
**7471 Little River Turnpike**
**Annandale, VA 22003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Henry E Palencia Montoya**
**7481 Lee Hwy Service Rd**
**Falls Church, VA 22042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $447.04 | $447.04 |
|---|---|---|---|---|

**Hery Randriarimanana**
**1101 S Quincy St Apt 201**
**Arlington, VA 22204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Tyisa, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Heylin Y Maldonado**<br>**726 N George Mason Dr**<br>**Arlington, VA 22203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,067.39 | $2,067.39 |
|---|---|---|---|---|
| | **Hilda Juarez**<br>**4301 N Pershing Dr**<br>**Arlington, VA 22203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Hilmer Vanegas**<br>**4201 N Pershing Dr Apt 3**<br>**Arlington, VA 22203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $462.85 | $462.85 |
|---|---|---|---|---|
| | **Hira Khan**<br>**5811 Colchester Rd**<br>**Fairfax, VA 22030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Tyisa, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $856.80    $856.80 |
| | **Hiwote T Mekuria**<br>**5307 Martinique Lane**<br>**ALEXANDRIA, VA 22315** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00    $0.00 |
| | **Hortencia Corteno**<br>**2168 Evans Ct Apt 203**<br>**Falls Church, VA 22043** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00    $0.00 |
| | **Imelda Raymond Abdullah**<br>**1521 Spring Gate Dr**<br>**Unit 10309**<br>**McLean, VA 22102** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00    $0.00 |
| | **Ingrid M Blanco Bustamante**<br>**8496 Rippled Creek Ct**<br>**Springfield, VA 22153** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | |

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address<br>**Irene Iliboneye**<br>**9812 Clifford Dr #100**<br>**Fairfax, VA 22031** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $662.16 | $662.16 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.160 | Priority creditor's name and mailing address<br>**Irma E Herrera**<br>**4412 W Caroline Ave**<br>**Beltsville, MD 20705** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.161 | Priority creditor's name and mailing address<br>**Irma Mendoza Rodriguez**<br>**906 Ellison St Apt 423**<br>**Falls Church, VA 22046** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.162 | Priority creditor's name and mailing address<br>**Irving Sosa Castillo**<br>**2053 Pimmit Dr**<br>**Falls Church, VA 22043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $928.62 | $928.62 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Isaiah Chapman**
**11581 Southington Ln**
**Herndon, VA 20170**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | | $827.42 | $827.42 |
|---|---|---|---|---|

**Ismael E Garcia**
**12204 Nutmeg Ln**
**Reston, VA 20191**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Isrrael Garcia**
**2923 John Marshall Dr Apt 202**
**Arlington, VA 22207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Jacky Tu Teng**
**3625 Embassy Ln**
**Fairfax, VA 22030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $977.43 | $977.43 |
|---|---|---|---|---|

**Jaime Ambrocio**
**7602 Ledford St**
**Apt 201**
**Pimmit Hills, VA 22043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jamaica Mc Collum**
**217 Eagle Head Dr**
**Fort Washington, MD 20744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $651.52 | $651.52 |
|---|---|---|---|---|

**JAMES LARSEN**
**343 CLUB VIEW DR**
**GREAT FALLS, VA 22066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**James W Updegraff**
**7925 Freehollow Dr**
**Falls Church, VA 22042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,060.82 | $2,060.82 |
|---|---|---|---|---|
| | **Jamie Landaverde** | Check all that apply. | | |
| | **2118 Dexter Ave** | ☐ Contingent | | |
| | **Apt 102** | ☐ Unliquidated | | |
| | **Silver Spring, MD 20902** | ☐ Disputed | | |
| | | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Janee D Miles** | Check all that apply. | | |
| | **3222 Sycamore Ln Apt 204** | ☐ Contingent | | |
| | **Suitland-Silver Hill, MD 20746** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,181.32 | $2,181.32 |
|---|---|---|---|---|
| | **Janelle M Serianni** | Check all that apply. | | |
| | **4209 Ridge Top Rd Apt 517** | ☐ Contingent | | |
| | **Fairfax, VA 22030** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Janine M Suyat** | Check all that apply. | | |
| | **3221 Annandale Rd** | ☐ Contingent | | |
| | **Falls Church, VA 22042** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| Debtor | Tyisa, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jason E Overmyer**<br>**1415 Rhode Island Ave NW Apt 513**<br>**Washington, DC 20005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jason Walter**<br>**9704 Kingsbridge Dr #302**<br>**Fairfax, VA 22031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jaymes A Lee**<br>**302 Deep Trail Ln**<br>**Rockville, MD 20850** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jenny Madrid**<br>**2232 Pimmit Run Ln #104**<br>**Falls Church, VA 22043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Tyisa, LLC**                                            Case number (if known)
_____
Name

| | | |
|---|---|---|
| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.179** Priority creditor's name and mailing address
**Jeremias A Martinez**
**7408 Colshire Dr**
**Apt 1**
**Tysons, VA 22102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,456.46    $1,456.46

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.180** Priority creditor's name and mailing address
**Jeremy Drouin**
**1668 Valencia Way**
**Reston, VA 20190**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$260.97    $260.97

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.181** Priority creditor's name and mailing address
**Jerry J Canales**
**1812 Olmstead Dr**
**Falls Church, VA 22043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.182** Priority creditor's name and mailing address
**Jesenia Romero**
**601 Four Mile Rd**
**Alexandria, VA 22305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Tyisa, LLC**                                              Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

2.183 | Priority creditor's name and mailing address
**Jessica M Araniva Amaya**
**5740 Cannon Ln**
**Alexandria, VA 22303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00        $0.00

---

2.184 | Priority creditor's name and mailing address
**Jesus Giron**
**2118 Dexter Ave**
**Silver Spring, MD 20902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$822.83        $822.83

---

2.185 | Priority creditor's name and mailing address
**JESUS HERNANDEZ**
**3018 PATRICK HENRY DR**
**APT 302**
**FALLS CHURCH, VA 22044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$1,994.88        $1,994.88

---

2.186 | Priority creditor's name and mailing address
**Jim Mark A Grant**
**1708 Harlequin Ct**
**Upper Marlboro, MD 20774**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00        $0.00

---

| Debtor | **Tyisa, LLC** | Case number *(if known)* | |
|--------|----------------|--------------------------|--|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $596.05 | $596.05 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|
| | **Jimmy Ramirez** | *Check all that apply.* | | |
| | **2165 Evans Ct apt 204** | ☐ Contingent | | |
| | **Falls Church, VA 22043** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|
| | **Jiuyang Hu** | *Check all that apply.* | | |
| | **10113 Crestwood Rd** | ☐ Contingent | | |
| | **Kensington, MD 20895** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|
| | **Joel Pettiford** | *Check all that apply.* | | |
| | **10714 Dragoo Pl** | ☐ Contingent | | |
| | **Clinton, MD 20735** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|
| | **John P Amaya Romero** | *Check all that apply.* | | |
| | **7206 E Kilmer St** | ☐ Contingent | | |
| | **Hyattsville, MD 20785** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Tyisa, LLC** | | Case number (if known) | |
|--------|----------------|---|------------------------|---|
| | Name | | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|-------|-------|

**Jonathan Rodriguez**
**3155 Annandale Rd**
**Falls Church, VA 22042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.28 | $788.28 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**JORDAN PEREZ MARTINEZ**
**3618 BARCROFT VIEW TERR**
**APT 402**
**BAILEYS CROSSROADS, VA**
**22041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|-------|-------|

**Jorge A Torres-Nino**
**5812 Apsley House**
**ALEXANDRIA, VA 22310**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|-------|-------|

**Jorge J Flores**
**967 Clopper Rd T2**
**Gaithersburg, MD 20878**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| | |
|---|---|
| Debtor **Tyisa, LLC** | Case number *(if known)* |
| Name | |

---

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,235.73 | $1,235.73 |
|---|---|---|---|---|

**Jorge Manto Ramirez**
**2710 Livingstone Ln Apt 101**
**Vienna, VA 22180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jose Asencio**
**4236 Hunt Club Cir**
**Fairfax, VA 22033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jose Chavez**
**2162 Evans Ct**
**Falls Church, VA 22043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jose Cruz**
**5902 Gloucester Ave**
**Springfield, VA 22150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **Tyisa, LLC**
_____    Case number (if known) _____
Name

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jose F Vasquez**
**8002 Chanute Pl Apt10**
**Falls Church, VA 22042**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jose Flores**
**1220 12th St NW**
**Apt 112**
**Washington, DC 20005**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jose Francisco Herrera Capriel**
**8210 Peridot Dr**
**Tysons, VA 22102**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.47 | $462.47 |
|---|---|---|---|---|

**Jose G Catarino Roman**
**3038 Patrick Henry Dr**
**Falls Church, VA 22044**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Tyisa, LLC**                                              Case number (if known) _____

Name

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---|---|---|---|

**Jose Granados Medrano**
**7626 Matera St Apt 203**
**Falls Church, VA 22043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---|---|---|---|

**Jose I Melendez**
**2268 Pimmit Run Ln**
**Falls Church, VA 22043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,746.16 | $1,746.16 |
|-------|---|---|---|---|

**Jose L Bahena Calderon**
**1308 E St**
**Woodbridge, VA 22191**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---|---|---|---|

**Jose M Alcantara Garcia**
**2910 John Marshall Dr Apt 101**
**Seven Corners, VA 22044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Tyisa, LLC**                                                          Case number *(if known)* _____
_____
          Name

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**JOSE MOLINA**
**9451 LEE HWY**
**APT 911**
**FAIRFAX, VA 22031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| 2.208 |

Priority creditor's name and mailing address
**Jose Narvaez**
**6819 Westmoreland Rd**
**Falls Church, VA 22042**

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| 2.209 |

Priority creditor's name and mailing address
**Jose Orihuela**
**919 N Van Dorn St**
**Alexandria, VA 22304**

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| 2.210 |

Priority creditor's name and mailing address
**Jose Padilla**
**5738 Backlick Rd**
**Springfield, VA 22150**

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

Debtor   **Tyisa, LLC**
_____   Case number (if known) _____

| | | |
|---|---|---|

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jose V Gonzalez Lopez**<br>**2159 Evans Ct Apt 203**<br>**Falls Church, VA 22043** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Joseph A Mungo II**<br>**3910 Penderview Dr #623**<br>**Fairfax, VA 22033** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Joseph C Palma**<br>**1121 24th St NW apt 306**<br>**Washington, DC 20037** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Joseph D Baldo**<br>**80 S Van Dorn St Apt E113**<br>**Alexandria, VA 22304** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Tyisa, LLC**

Name                                                    Case number *(if known)*

---

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Joseph D Pineda**
**5201 Duke St apt 203**
**Alexandria, VA 22304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Joseph P Stetina III**
**1624 Wainwright Dr**
**Reston, VA 20190**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Joshua I Howard**
**45094 University Dr**
**Ashburn, VA 20147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Joshua M Gallander**
**5316 Chieftain Cir**
**Alexandria, VA 22312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Tyisa, LLC**                                      Case number (if known) _____

_____
Name

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| 2.219 | Priority creditor's name and mailing address<br>**Josue Segura**<br>**23 Canterbury Square Apt 201**<br>**Alexandria, VA 22304** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.220 | Priority creditor's name and mailing address<br>**Juan A Rivera**<br>**2508 Avalon Pl**<br>**Hyattsville, MD 20783** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.221 | Priority creditor's name and mailing address<br>**Juan Arita**<br>**2534 Chain Bridge Rd Apt T1**<br>**Vienna, VA 22181** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.222 | Priority creditor's name and mailing address<br>**Juan C Lemus**<br>**8128 Prescott Dr Apt 201**<br>**Vienna, VA 22180** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**JUAN MORENO SECUNDINO**
**2906 KINGS CHAPEL RD**
**#6**
**FALLS CHURCH, VA 22042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.93 | $593.93 |

**Juan Patino**
**13722 Smallwood Ct**
**CHANTILLY, VA 20151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Judith O Quinonez**
**601 Four Mile Rd Apt 228**
**Alexandria, VA 22305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Julio C Castro**
**7941 Tyson Oaks Cir**
**Vienna, VA 22182**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Tyisa, LLC**
_____   Case number (if known) _____
Name

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** | **$0.00** |
|---|---|---|---|---|

**2.227** Priority creditor's name and mailing address

**Julio C Vargas**
**7741 Donnybrook Ct Apt 101**
**Annandale, VA 22003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.228** Priority creditor's name and mailing address

**Julio M Lopez Santos**
**9411 Lee Hwy Apt 205**
**Fairfax, VA 22031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.229** Priority creditor's name and mailing address

**Julio Marroquin Aguilar**
**110 N Wayne St Apt 4**
**Arlington, VA 22201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.230** Priority creditor's name and mailing address

**Julio Salvador**
**7416 Colshire Drive**
**MCLEAN, VA 22102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,270.10**   **$1,270.10**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Julio Vargas**
**7320 Dartford Dr #9**
**McLean, VA 22102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Justin M Dottin**
**1542 Powells Tavern Pl**
**Herndon, VA 20170**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Karen Piczon**
**4113 Winter Harbor Ct**
**Chantilly, VA 20151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,041.67 | $2,041.67 |
|---|---|---|---|---|

**Karen R Mancia**
**6901 23rd Pl**
**Hyattsville, MD 20783**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Debtor   **Tyisa, LLC**                                                 Case number (if known) _____
_____
Name

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Karina Castro** | Check all that apply. | | |
| | **4213 Wadsworth Ct** | ☐ Contingent | | |
| | **Annandale, VA 22003** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Karla Sanchez** | Check all that apply. | | |
| | **910 Ellison St Apt 213** | ☐ Contingent | | |
| | **Falls Church, VA 22046** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Karoline E Orihuela Santos** | Check all that apply. | | |
| | **919 N Van Dorn St Apt 202** | ☐ Contingent | | |
| | **Alexandria, VA 22304** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Katarina Famoso** | Check all that apply. | | |
| | **8231 Peridot Drive** | ☐ Contingent | | |
| | **Apt 101** | ☐ Unliquidated | | |
| | **WEST MCLEAN, VA 22102** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | Tyisa, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.239**

Priority creditor's name and mailing address
**Keenan Wegener**
**1617 Lake Shore Crest Dr**
**Reston, VA 20190**

As of the petition filing date, the claim is: $0.00 $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.240**

Priority creditor's name and mailing address
**Kethsuda Raxajak**
**4209 Ridge Top Rd Apt 459**
**Fairfax, VA 22030**

As of the petition filing date, the claim is: $1,898.52 $1,898.52
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.241**

Priority creditor's name and mailing address
**Keyla Miranda Reyes**
**7426 Colshire Dr Apt 2**
**Tysons, VA 22102**

As of the petition filing date, the claim is: $1,064.90 $1,064.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.242**

Priority creditor's name and mailing address
**Khalid El Hayany**
**5106 Columbia Pike**
**Arlington, VA 22204**

As of the petition filing date, the claim is: $0.00 $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Kiran M Tamrakar**
**13987 Gunners Pl**
**Centreville, VA 20121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Kobie A Pearson**
**2544 Chain Bridge Rd Apt 204**
**Vienna, VA 22181**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Krisia Orellana Menjivar**
**5493 Sheffield Ct Apt 113**
**Alexandria, VA 22311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Leah N Karony**
**1566 McNeer St**
**McLean, VA 22101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Tyisa, LLC**                                                   Case number *(if known)* _____
_____
Name

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.247** Priority creditor's name and mailing address

**Leeda Bijani**
**46773 Backwater Dr**
**Sterling, VA 20164**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.248** Priority creditor's name and mailing address

**Leivis Rodriguez**
**6112 Backlick Rd #2A**
**Springfield, VA 22150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.249** Priority creditor's name and mailing address

**Leny Lopez Hinjosa**
**4929 Americana Dr Apt 210**
**Annandale, VA 22003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.250** Priority creditor's name and mailing address

**Leocadio Mazate Cuj**
**1524 Newton St NW**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Leonel G Villalobos**
**7448 Patterson Rd**
**Falls Church, VA 22043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice Only** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lillian Cossio**
**2620 West St**
**Falls Church, VA 22046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice Only** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Linel M Perez**
**2116 Kings House Rd**
**Silver Spring, MD 20905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice Only** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $739.75 | $739.75 |
|---|---|---|---|---|

**Louis J Matsikas**
**7902 Tysons One Pl**
**Apt 417**
**Tysons, VA 22102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Tyisa, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Lowell Robinson**
**2301 Cathedral Ave NW**
**Washington, DC 20008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Lucia P Barrios**
**2923 John Marshall Dr Apt 202**
**Seven Corners, VA 22044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$600.12** | **$600.12** |
|---|---|---|---|---|

**Luciana Margarito Fernandez**
**2168 Evans Ct Apt 204**
**FALLS CHURCH, VA 22043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Luis A Vasquez**
**210 E Fairfax St #621**
**Falls Church, VA 22046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Tyisa, LLC**                                                     Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00    $0.00 |

**2.259** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**2.259**

Priority creditor's name and mailing address
**Luis C Rosas Ayala**
**415 N Thomas St Apt 1**
**Arlington, VA 22203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.260**

Priority creditor's name and mailing address
**Luka R Karony**
**1566 McNeer St**
**McLean, VA 22101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.261**

Priority creditor's name and mailing address
**Ly Nguyen**
**2218 Mohegan Dr**
**Falls Church, VA 22043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.262**

Priority creditor's name and mailing address
**Lyane M Ramos**
**P.O Box 3101**
**Merrifield, VA 22116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

Debtor  **Tyisa, LLC**                                                Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.263 | Priority creditor's name and mailing address<br>**Mabel Mendoza**<br>**906 Ellison St Apt 423**<br>**Falls Church, VA 22046** | As of the petition filing date, the claim is:  **$935.33    $935.33**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.264 | Priority creditor's name and mailing address<br>**Magdalena Lopez**<br>**2923 John Marshall Dr**<br>**Arlington, VA 22207** | As of the petition filing date, the claim is:  **$1,658.36    $1,658.36**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.265 | Priority creditor's name and mailing address<br>**Man Lan Lisa Nelson**<br>**1094 Pensive Ln**<br>**Great Falls, VA 22066** | As of the petition filing date, the claim is:  **$0.00    $0.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.266 | Priority creditor's name and mailing address<br>**Marbin A Bustillo Castro**<br>**2162 Evans Ct Apt 102**<br>**Falls Church, VA 22043** | As of the petition filing date, the claim is:  **$0.00    $0.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Marbin Gonzalez**
**630 Harbour Oak Dr**
**Edgewood, MD 21040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | | $782.79 | $782.79 |
|---|---|---|---|---|

**Marcelo Perez**
**7602 Ledford St**
**Apt 201**
**Falls Church, VA 22043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Marcia Lazarinos**
**284 Longford Dr**
**Frederick, MD 21702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Marco Hani**
**132 Patrick St SE Apt 243**
**Vienna, VA 22180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Tyisa, LLC**

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.271 | Priority creditor's name and mailing address<br>**Marcos Sorto**<br>**2029 Dexter Dr**<br>**Falls Church, VA 22043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.272 | Priority creditor's name and mailing address<br>**Mareano de j Godoy Hernandez**<br>**3018 Patrick Henry Dr**<br>**Apt 302**<br>**FALLS CHURCH, VA 22044** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $888.75 $888.75 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.273 | Priority creditor's name and mailing address<br>**Margarita Dionicio**<br>**7301 Pimmit Ct**<br>**Falls Church, VA 22043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,489.69 $1,489.69 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.274 | Priority creditor's name and mailing address<br>**Maria A Blanco**<br>**6607 Lawndale Dr**<br>**Falls Church, VA 22042** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Tyisa, LLC** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.42 | $294.42 |
|---|---|---|---|---|

**Maria Campo Pisciotti**
**1575 Anderson Rd**
**McLean, VA 22102**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.60 | $520.60 |
|---|---|---|---|---|

**Maria F Cordova**
**2550 Chain Bridge Rd Apt 202**
**Vienna, VA 22181**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maria L Velis Cruz**
**601 Four Mile Rd #130**
**Alexandria, VA 22305**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maria R Barragan**
**2032 Peach Orchard Dr Apt T4**
**Falls Church, VA 22043**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mario Mendez**
**2232 Pimmit Run Ln Apt 104**
**Falls Church, VA 22043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.66 | $350.66 |
|---|---|---|---|---|

**Marion Rodriguez**
**1027 Kings Ct**
**Herndon, VA 20170**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maritza Agurto**
**6701 Cimarron St**
**Springfield, VA 22150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice Only** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,714.48 | $1,714.48 |
|---|---|---|---|---|

**Mark W Petonito**
**8231 Peridot Drive Apt 101**
**McLean, VA 22102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.283 | Priority creditor's name and mailing address<br>**MARTHA GEBERA**<br>**1908 TYSONS LANDING CT**<br>**MCLEAN, VA 22102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$416.30** | **$416.30** |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.284 | Priority creditor's name and mailing address<br>**Martin Granados Rivas**<br>**7722 Lisle Ave**<br>**Falls Church, VA 22043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |

| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.285 | Priority creditor's name and mailing address<br>**Maynor Perez Mendez**<br>**2010 Peach Orchard Dr Apt 24**<br>**Falls Church, VA 22043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |

| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.286 | Priority creditor's name and mailing address<br>**Mayson S Rangel**<br>**3220 S 28th St Apt 302**<br>**Alexandria, VA 22302** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |

| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**MD Alamgir Hossain**
**3545 Ellery Cir**
**Falls Church, VA 22041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,412.61 | $1,412.61 |
|---|---|---|---|---|

**MD Asaduzzaman**
**6839 Supreme Ct**
**Springfield, VA 22150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Mehdi Soleymani**
**1724 Olney Rd**
**Falls Church, VA 22043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Melissa L Pankow**
**2520 S Oxford St**
**Arlington, VA 22206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor     **Tyisa, LLC**                                              Case number (if known) _____
           _____
                        Name

| | | | | |
|---|---|---|---|---|
| 2.291 | Priority creditor's name and mailing address<br>**Melquiades Gomes**<br>**Pimmit Run Lane**<br>**Falls Church, VA 22043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.292 | Priority creditor's name and mailing address<br>**Melvin M Galindo**<br>**7479 Little River Turnpike  #T2**<br>**Annandale, VA 22003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.293 | Priority creditor's name and mailing address<br>**Michael Conroy**<br>**1910 N Calvert St #101**<br>**Arlington, VA 22201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.294 | Priority creditor's name and mailing address<br>**Michael L Harris**<br>**3403 63rd Pl**<br>**Cheverly, MD 20785** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Tyisa, LLC**                                                          Case number (if known) _____
_____
Name

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.295 | Priority creditor's name and mailing address
**Michael Reid**
**2918 Bridgehampton Ct**
**Falls Church, VA 22042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.296 | Priority creditor's name and mailing address
**Michael S Ginn**
**733 Fallsgrove Dr**
**Rockville, MD 20850**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.297 | Priority creditor's name and mailing address
**Michelle Pankow**
**7011 Ebbtide Ln**
**Burke, VA 22015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$747.12    $747.12

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.298 | Priority creditor's name and mailing address
**Miguel A Nizama Pinchi**
**12265 Laurel Glade Ct Apt 302**
**Reston, VA 20191**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    **Tyisa, LLC**                                            Case number (if known)
_____
Name

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Miguel Hernandez Bolanos**<br>**3038 Patrick Henry Dr Apt 101**<br>**Falls Church, VA 22044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $668.28 | $668.28 |
|---|---|---|---|---|
| | **Milber Gallo Moreno**<br>**5247 Monroe Drive**<br>**SPRINGFIELD, VA 22151** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Miloud El Karroumy**<br>**1002 ROCKVILLE PIKE**<br>**APT1527**<br>**ROCKVILLE, MD 20852** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Milton Rodriguez Perez**<br>**14755 Green Park Way**<br>**Centreville, VA 20120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor      **Tyisa, LLC**                                              Case number (if known)
                     Name

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.303

Priority creditor's name and mailing address
**Minh-Uyen E Nguyen**
**5619 Meridian Hill Pl**
**Burke, VA 22015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.304

Priority creditor's name and mailing address
**Mohamed B El Khessassi**
**4400 4th Rd N Apt 338**
**Arlington, VA 22203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.305

Priority creditor's name and mailing address
**Mohamed El Mahrouch**
**3524 Rose Ln**
**Annandale, VA 22003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.306

Priority creditor's name and mailing address
**Mohamed Sbihi**
**133347 Connor Drive #F**
**Centreville, VA 20120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Tyisa, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.307** | Priority creditor's name and mailing address

**Mohammad M Rahman**
**7031 Leesville Blvd**
**Springfield, VA 22151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.308** | Priority creditor's name and mailing address

**Mohammad R Ali**
**3445 Ellery Cir**
**Bailey's Crossroads, VA 22041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.309** | Priority creditor's name and mailing address

**Mohammed Maniruzzaman**
**7413 Jayhawk St**
**Annandale, VA 22003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.310** | Priority creditor's name and mailing address

**Mollie E Bird**
**3168 18th St NW Apt #B**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address<br>**Monica K Arauz**<br>**7320 Parkwood Ct Apt 103**<br>**Falls Church, VA 22042** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,064.69** | **$1,064.69** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.312 | Priority creditor's name and mailing address<br>**Monie Deneke**<br>**2408 Brookmoor Ln**<br>**Woodbridge, VA 22191** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.313 | Priority creditor's name and mailing address<br>**Nancy G Villagran**<br>**4219 Wadsworth Ct**<br>**Annandale, VA 22003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.314 | Priority creditor's name and mailing address<br>**Nayely A Vasquez Ceron**<br>**339 Reneau Way**<br>**HERNDON, VA 20170** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$34.21** | **$34.21** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.39 | $89.39 |
|---|---|---|---|---|

**Nelson Mendez Lopez**
**11516 Charlton Dr**
**SILVER SPRING, MD 20902**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Nelson Perez Ortiz**
**2032 Pimmit Dr**
**Falls Church, VA 22043**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,011.90 | $3,011.90 |
|---|---|---|---|---|

**Nicholas Maher**
**609 Fulton Ave**
**Falls Church, VA 22046**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.39 | $325.39 |
|---|---|---|---|---|

**Nicole A Spyridakis**
**5213 Sideburn Road**
**FAIRFAX, VA 22032**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** **$0.00** |
| | **Nikita Savinov**<br>**6200 Singleton Dr**<br>**Bethesda, MD 20817** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,179.03** **$1,179.03** |
| | **Nilson C Villalobos**<br>**2038 Cherri Drive**<br>**Falls Church, VA 22043** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$810.12** **$810.12** |
| | **NOAH MUNSIE**<br>**1988 Solaridge Court**<br>**RESTON, VA 20191** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** **$0.00** |
| | **Nohemy Flores**<br>**6146 Wilson Blvd**<br>**Seven Corners, VA 22044** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Noniece Hernandez**
**1498 Ranger Loop #403**
**Woodbridge, VA 22191**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $590.34 | $590.34 |
|---|---|---|---|---|

**Obdulio Gonzalez Lopez**
**3603 Barcroft View Terrace Apt**
**104**
**Bailey's Crossroads, VA 22041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Octavio Catarino Roman**
**6160 Wilson Blvd Apt 4**
**Arlington, VA 22044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Olban J Parada Cedillo**
**150 Patrick St SE #192**
**Vienna, VA 22180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Tyisa, LLC**                                                     Case number *(if known)* _____

Name

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Olga D Portillo Carranza**
**1207 Alabama Drive**
**HERNDON, VA 20170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,731.72** | **$2,731.72** |
|---|---|---|---|---|

**Olivero J Suarez**
**1220 12th St NW**
**Apt 112**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Olvin Lopez**
**9451 Lee Hwy Apt 1211**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$891.66** | **$891.66** |
|---|---|---|---|---|

**Onubold Tugjnyam**
**213 Poplar Spring Rd**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Orlando Loayza**
**6521 Gildar St**
**Alexandria, VA 22310**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.64 | $222.64 |
|---|---|---|---|---|

**Oscar Funez**
**916 S Buchanan St Apt 202**
**Arlington, VA 22204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $636.57 | $636.57 |
|---|---|---|---|---|

**Oscar Vargas Cruz**
**7602 Ledford St**
**Falls Church, VA 22043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $668.46 | $668.46 |
|---|---|---|---|---|

**Osman A Osman**
**6454 Autumn Glen Ct**
**Alexandria, VA 22312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.19 | $140.19 |
|---|---|---|---|---|

**Osmin Giron Guerra**
**3618 Barcroft View Terrance**
**Apt 402**
**FALLS CHURCH, VA 22041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Othmane Benhammou**
**1313 S Thomas St Apt 22**
**Arlington, VA 22204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $715.39 | $715.39 |
|---|---|---|---|---|

**Paola Hinojosa Jaldin**
**406 South Spring Street**
**FALLS CHURCH, VA 22046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,671.68 | $1,671.68 |
|---|---|---|---|---|

**Paula Martinez Flores**
**2929 John Marshall Dr**
**Apt 102**
**FALLS CHURCH, VA 22044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Tyisa, LLC**                                                         Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.339 | Priority creditor's name and mailing address<br>**Paulino J Gualdino Matondo**<br>**7868 Colonial Ave**<br>**Alexandria, VA 22309** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00    $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.340 | Priority creditor's name and mailing address<br>**Pedro Martinez**<br>**2906 Kings Chapel Rd**<br>**Falls Church, VA 22042** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $311.97    $311.97 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.341 | Priority creditor's name and mailing address<br>**Peter F Larsen**<br>**6200 29th St N**<br>**Arlington, VA 22207** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,630.17    $1,630.17 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.342 | Priority creditor's name and mailing address<br>**Philip Constantine**<br>**7039 Wilson Ln**<br>**Bethesda, MD 20817** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00    $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Prawesh Gyawali**
**7410 Barley Walk**
**Falls Church, VA 22042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.344  Priority creditor's name and mailing address    $0.00   $0.00

**Qinwei Chen**
**2314 Fort Dr**
**Alexandria, VA 22303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.345  Priority creditor's name and mailing address    $0.00   $0.00

**Quintin D Harris**
**2000 Savannah Terrace SE Apt D**
**Washington, DC 20020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.346  Priority creditor's name and mailing address    $0.00   $0.00

**Rafiki Yearwood**
**1204 S Washington St**
**Alexandria, VA 22314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Tyisa, LLC**                                                  Case number (if known) _____

| | |
|---|---|
| 2.347 | Priority creditor's name and mailing address<br>**Raiqa Somjee**<br>**13413 Heth Dr**<br>**Midlothian, VA 23114** |

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
**Notice Only**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| | |
|---|---|
| 2.348 | Priority creditor's name and mailing address<br>**Raul Vargas-Ayala**<br>**551 3rd St S**<br>**Arlington, VA 22204** |

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
**Notice Only**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| | |
|---|---|
| 2.349 | Priority creditor's name and mailing address<br>**Raydel Blanco Valdes**<br>**7021 Haycock Rd**<br>**Falls Church, VA 22043** |

As of the petition filing date, the claim is:    **$2,129.31**    **$2,129.31**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| | |
|---|---|
| 2.350 | Priority creditor's name and mailing address<br>**Raymond Randriarimanana**<br>**1101 S Quincy St Apt 201**<br>**Arlington, VA 22204** |

As of the petition filing date, the claim is:    **$2,017.09**    **$2,017.09**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $802.05 | $802.05 |
|---|---|---|---|---|

**Reina G Jimenez**
**2909 Stillwood Cir**
**Falls Church, VA 22042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rene Aniceto**
**1236 11th St NW Apt 110**
**Washington, DC 20001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Renika Smith**
**9308 Stall Ave**
**Lanham, MD 20706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**REYNA ORTIZ LOPEZ**
**9411 LEE HWY**
**APT 205**
**FAIRFAX, VA 22031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Tyisa, LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

| 2.355 | | |
|---|---|---|

**Reynaldo A Rivera**
**6041 Bellview Dr Apt 1**
**Bailey's Crossroads, VA 22041**

As of the petition filing date, the claim is:                    $0.00            $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.356 | | |
|---|---|---|

**Rhonda Vaden**
**7842 Snead Ln**
**Falls Church, VA 22043**

As of the petition filing date, the claim is:                    $0.00            $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.357 | | |
|---|---|---|

**Ricardo R Gutierrez**
**5055 Seminary Rd #1222**
**Alexandria, VA 22311**

As of the petition filing date, the claim is:                    $0.00            $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.358 | | |
|---|---|---|

**Richard K Sladek Jr**
**625 H St NE**
**Apt 305**
**Washington, DC 20002**

As of the petition filing date, the claim is:                    $0.00            $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Tyisa, LLC**                                              Case number (if known)
_____
Name

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,546.25 | $1,546.25 |
|---|---|---|---|---|

**2.359**

Priority creditor's name and mailing address
**Ricky M Galbes**
**9411 Lee Hwy Apt 205**
**Fairfax, VA 22031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,546.25    $1,546.25

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.360**

Priority creditor's name and mailing address
**Rietson Salinas Vallejo**
**447 N Armistead St**
**Alexandria, VA 22312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.361**

Priority creditor's name and mailing address
**Rilma M Gonzalez**
**2212 Pimmit Run Ln Apt 101**
**Falls Church, VA 22043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.362**

Priority creditor's name and mailing address
**Roberta B Pound**
**9227 Brian Drive**
**VIENNA, VA 22180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Tyisa, LLC | Case number (if known) | |
|---|---|---|---|

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Roberto Bahena**
**2053 Pimmit Dr**
**Falls Church, VA 22043**

Name

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rodrigo Sarceno Perez**
**5608 Carters Ln**
**East Riverdale, MD 20737**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,536.05 | $1,536.05 |
|---|---|---|---|---|

**Rogelio C Reyes**
**2226 Pimmit Run Ln Apt 1**
**Falls Church, VA 22043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Roni R Ferrufino Perdonomo**
**5201 Duke St Apt 203**
**Alexandria, VA 22304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Tyisa, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rosa Rodriguez Villalobos**
**4140 Wadsworth Ct Apt 201**
**Annandale, VA 22003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rosalia Corvera**
**3810 Hummer Rd**
**Annandale, VA 22003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rosalinda Noriega**
**8137 Prescott Dr**
**Vienna, VA 22180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $534.29 | $534.29 |
|---|---|---|---|---|

**Ruben Perez Pineda**
**4300 4th St N**
**Arlington, VA 22203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$423.63** | **$423.63** |
|---|---|---|---|
| | **Ruddy Suarez**<br>**1034 S Frederick St**<br>**Arlington, VA 22204** | | |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | ■ No<br>☐ Yes |

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$724.58** | **$724.58** |
|---|---|---|---|
| | **Ryan Simonsen**<br>**13031 Quate Lane**<br>**WOODBRIDGE, VA 22192** | | |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | ■ No<br>☐ Yes |

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|
| | **Sabrian Smith**<br>**2589 Naylor Rd SE Apt 203**<br>**Washington, DC 20020** | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | ■ No<br>☐ Yes |

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|
| | **Sabrina Mcduffie**<br>**3920 Suitland Rd Apt 202**<br>**Suitland, MD 20746** | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | ■ No<br>☐ Yes |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,036.91 | $1,036.91 |
|---|---|---|---|---|

**Sahra Begham-Yusufzai**
**1701 Rosa Dr**
**Woodbridge, VA 22191**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.376 Samer I Asal**
**5597 Seminary Rd**
**Falls Church, VA 22041**    $0.00   $0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.377 Samira Ghaffari**
**8421 Broad St Apt. 917**
**MCLEAN, VA 22102**    $576.70   $576.70

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.378 Samuel Timmins**
**1922 Birch Rd**
**McLean, VA 22101**    $0.00   $0.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Tyisa, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Sanghyun Park**
**3951 Tallow Tree Place**
**FAIRFAX, VA 22033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Sara E Hancock**
**5911 Edsall Rd Apt 1212**
**Alexandria, VA 22304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $386.03 | $386.03 |
|---|---|---|---|---|

**Sara N Hernandez**
**7625 Matera St Apt 3**
**Falls Church, VA 22043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Sarah B Weathersby**
**10800 Indian Head Hwy Apt B26**
**Fort Washington, MD 20744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Sareya Marquina**
**9624 Hillock Ct**
**Burke, VA 22015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Sarvar Ghaffari**
**8360 Greensboro Dr #601**
**McLean, VA 22102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,374.96 | $1,374.96 |
|---|---|---|---|---|

**Saul Teo Cabrera**
**14741 Wycombe St**
**Centreville, VA 20120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Sayra Hernandez De Solis**
**3655 Malibu Cir**
**Falls Church, VA 22041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Tyisa, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| | **Sean Munley**<br>**9503 Wooden Spoke Ct**<br>**Burke, VA 22015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| | **Sean Naeole**<br>**9534 Miranda Ct**<br>**Fairfax, VA 22031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| | **Sean T Adams**<br>**3515 Parkway Terrace Dr Apt 7**<br>**Suitland-Silver Hill, MD 20746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
| | **Segundo Munoz Romero**<br>**19252 Circle Gate Dr**<br>**Germantown, MD 20874** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | **Tyisa, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,901.26 | $2,901.26 |
|---|---|---|---|---|
| | **Selvin Garcia** | *Check all that apply.* | | |
| | **1220 12th St NW** | ☐ Contingent | | |
| | **Apt 112** | ☐ Unliquidated | | |
| | **Washington, DC 20005** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Sergio R Avalos Santiago** | *Check all that apply.* | | |
| | **7941 Tyson Oaks Cir** | ☐ Contingent | | |
| | **Vienna, VA 22182** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Shawn Chenault Jr** | *Check all that apply.* | | |
| | **460 L St NW #501** | ☐ Contingent | | |
| | **Washington, DC 20001** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Shittu Azmat** | *Check all that apply.* | | |
| | **1034 S Frederick St Apt 832** | ☐ Contingent | | |
| | **Arlington, VA 22204** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Tyisa, LLC** | Case number (if known) | |
| | Name | | |

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,260.04 | $2,260.04 |
|---|---|---|---|---|
| | **Stefan Sokic** | *Check all that apply.* | | |
| | **5901 Montrose Road** | ☐ Contingent | | |
| | **Apt N705** | ☐ Unliquidated | | |
| | **ROCKVILLE, MD 20852** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Stephen A Lewis II** | *Check all that apply.* | | |
| | **406 S Spring St** | ☐ Contingent | | |
| | **Falls Church, VA 22046** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Suphamat Chakranuwatthanapong** | *Check all that apply.* | | |
| | **21270 McFadden Square Unit 204** | ☐ Contingent | | |
| | **Potomac Falls, VA 20165** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Susana Y Jimenez** | *Check all that apply.* | | |
| | **3038 Patrick Henry Dr** | ☐ Contingent | | |
| | **Falls Church, VA 22044** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Tyisa, LLC | Case number (if known) | |
|--------|-----------|------------------------|--|
| | Name | | |

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|

**2.399** Priority creditor's name and mailing address

**Svetlana V Makarovskaya**
**2211 Franklin St NE**
**Washington, DC 20018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.400** Priority creditor's name and mailing address

**Talia Cabrera Hernandez**
**7422 Colshire Dr #9**
**Mclean, VA 22102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.401** Priority creditor's name and mailing address

**Taylan Guclu**
**251 S Reynolds St M404**
**Alexandria, VA 22304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,575.33     $1,575.33

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.402** Priority creditor's name and mailing address

**Teofilo Contreras Anacleto**
**7301 Pimmit Ct**
**Falls Church, VA 22043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Teresa Duran**
**3314 Memorial St**
**Alexandria, VA 22306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Theophilus Twum Barima**
**1127 Soldiers Ridge Circle Apt 104**
**Manassas, VA 20109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Thomas C Azzinaro**
**5920 Clay St NE**
**Washington, DC 20019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Thomas Caitano**
**PO Box 100944**
**Arlington, VA 22210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.407 | Priority creditor's name and mailing address<br>**Thomas Malz**<br>**5020 Huron St**<br>**College Park, MD 20740** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.408 | Priority creditor's name and mailing address<br>**Tiffany Barringer**<br>**10207 Brookhaven Ln**<br>**Upper Marlboro, MD 20772** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.409 | Priority creditor's name and mailing address<br>**Timothy F Galvin**<br>**306 16th St NE**<br>**Washington, DC 20002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.410 | Priority creditor's name and mailing address<br>**Timothy Morrison**<br>**2211 Cocquina Dr**<br>**Reston, VA 20191** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Tyisa, LLC** | Case number (if known) | |
| | Name | | |

---

**2.411** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,161.07 | $1,161.07

**Tomas Hernandez**
**3038 Patrick Henry Dr Apt 101**
**Falls Church, VA 22044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.412** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,016.44 | $2,016.44

**Toni K Slavov**
**5612 Bloomfield Dr Apt 102**
**Alexandria, VA 22312**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.413** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,234.30 | $1,234.30

**Tony Pacheco Rodriguez**
**2018  Peach Orchard Dr**
**Apt T1**
**Falls Church, VA 22043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.414** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Tracy B Harrison**
**6025 Clay St NE**
**Washington, DC 20019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Tyisa, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.415 | Priority creditor's name and mailing address<br>**Transito E Rodriguez**<br>**2925 Stillwood Cir Apt 303**<br>**Falls Church, VA 22042** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.416 | Priority creditor's name and mailing address<br>**TRAVIS TEETER**<br>**12190 SUNSET HILLS RD**<br>**RESTON, VA 20190** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.417 | Priority creditor's name and mailing address<br>**Tricia Vasquez**<br>**339 Reneau Way**<br>**Herndon, VA 20170** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,037.09** | **$2,037.09** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.418 | Priority creditor's name and mailing address<br>**Tristan C Baban**<br>**6919 Boheim Ct**<br>**MCLEAN, VA 22101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Tyisa, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Trysten A Fisher**
**1550 Northern Neck Dr**
**Vienna, VA 22182**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tyler J Knoll**
**5911 Edsall Rd Apt 1212**
**Alexandria, VA 22304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.39 | $240.39 |
|---|---|---|---|---|

**Tyler Morley**
**10522 Rosehaven Street Apt 106**
**FAIRFAX, VA 22030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Umer Naim**
**12756 Bombay Way**
**Woodbridge, VA 22192**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Valeria M Linares Ormeno**<br>**12450 Great Park Cir Apt 302**<br>**Germantown, MD 20876** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Veronica Joya Melgar**<br>**37 Wedgedale Dr**<br>**Sterling, VA 20164** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$774.79** | **$774.79** |
|---|---|---|---|---|
| | **VICTOR MARTINEZ LINARES**<br>**539 Riggs Rd NE**<br>**WASHINGTON, DC 20011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Victor Ponce**<br>**4335 Wedgewood Dr Apt 102**<br>**Annandale, VA 22003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | **Tyisa, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $482.40 | $482.40 |
|---|---|---|---|---|

**Victorino Montero Montero**
**539 Riggs Rd NE**
**Washington, DC 20011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Victorino Mora**
**2006 Peach Orchard Dr Apt 13**
**Falls Church, VA 22043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Victorino Pozos**
**1236 11th St NW Apt 110**
**Washington, DC 20001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Violeta Mich**
**3016 Regents Tower St Apt 251**
**Fairfax, VA 22031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Tyisa, LLC** | Case number _(if known)_ | |

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 | $0.00 |

**Vuk Mijatovic**
**2221 Georgian Way Apt 32**
**Silver Spring, MD 20902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 | $0.00 |

**Warsame Ali**
**4355 Ivymount Ct**
**Annandale, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $516.12 | $516.12 |

**Wendy Lam**
**5500 Ascot Ct Apt 221**
**Alexandria, VA 22311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 | $0.00 |

**Wendy Lopez**
**3314 Memorial St**
**Alexandria, VA 22306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Tyisa, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wiliiam C Mejia**
**7455 Little River Turnpike**
**Annandale, VA 22003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Willians W Jimenez Guifarro**
**3917 Carolyn Ave**
**Fairfax, VA 22031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Yanina C Ferrer Noriega**
**7464 Covent Wood Ct**
**Annandale, VA 22003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Yasaman Salahmand**
**2311 Pimmit Drive Apt 1018**
**FALLS CHURCH, VA 22043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number *(if known)* | |
|--------|----------------|--------------------------|---|
| | Name | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|-------|-----------------------------------------------|-----------------------------------------------|----------|----------|

**Yassine Sebbata**
**3800 Powell Ln PH15**
**Falls Church, VA 22041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice Only** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$750.68** | **$750.68** |
|-------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Yegzeru B Hailegiorgis**
**5801 Quantrell Ave Apt 103**
**Alexandria, VA 22312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|-------|-----------------------------------------------|-----------------------------------------------|----------|----------|

**Yeon J Kim**
**2047 Mayfair McLean Ct**
**Falls Church, VA 22043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice Only** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$428.11** | **$428.11** |
|-------|-----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Yesli N Lopez**
**2055 N Vermont St**
**Arlington, VA 22207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Tyisa, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Yhosbett D Jordan Martinez**
**4076 Championship Dr**
**Annandale, VA 22003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.444 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Yoloxochil Herrera**
**8137 Prescott Dr**
**Vienna, VA 22180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.445 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Youness Boukhlifi**
**6717 Hopewell Ave**
**Springfield, VA 22151**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.446 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|---|---|---|---|---|

**Yunhui Zhang**
**42468 Magellan Square**
**Ashburn, VA 20148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Tyisa, LLC**                                    Case number (if known) _____
_____
Name

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.447** Priority creditor's name and mailing address

**Yury H Godoy**
**3636 16th St NW**
**B-904**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.448** Priority creditor's name and mailing address

**Zachary D Seligman**
**1521 Boyd Pointe Way Apt 3110**
**Vienna, VA 22182**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.449** Priority creditor's name and mailing address

**Zachary M Cain Jr II**
**1303 Savannah St SE**
**Washington, DC 20032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.450** Priority creditor's name and mailing address

**Zachary M Von Pfahl**
**1220 Weatherstone Ct**
**Reston, VA 20194**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Zachary S Lee**
**8340 Greensboro Dr #605**
**McLean, VA 22102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Zarko Nikolic**
**11414 Soward Dr**
**Kensington, MD 20895**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Zdravko Solenkov**
**215 Century Pl Apt 1315**
**Alexandria, VA 22304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183,084.12 |
|---|---|---|---|

**Adams Burch**
**1901 Stanford Court**
**Hyattsville, MD 20785**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  05/09/2018

Last 4 digits of account number _

Basis for the claim:  **Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,927.53 |
|---|---|---|---|

**Alliance Technology Group, LLC**
**7010 Hi Tech Drive**
**Hanover, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tyisa, LLC**                                          Case number *(if known)* _____
_____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,587.59 |

**Alsco**
**4900 Philadelphia Way**
**Lanham, MD 20706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |

**Ardent Vibe**
**8710 Cameron Street**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,158.81 |

**Baldor Specialty Foods, Inc.**
**155 Food Center Drive**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Bascietto & Bregman, LLC**
**515 Main Street**
**Laurel, MD 20707-4117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,812.50 |

**Batzel Law PLLC**
**641 S St, NW, 3rd Floor**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $274.91 |

**BFPE International**
**P.O. Box 791045**
**Baltimore, MD 21279-1045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,335.00 |

**Brent A. Sullivan, LLC**
**P.O. Box 90900**
**Washington, DC 20090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,373.33 |
|---|---|---|---|

**Capital Meat Co.**
**P.O. Box 3117**
**Hyattsville, MD 20784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,827.00 |
|---|---|---|---|

**Cocktail Works, LLC**
**8710 Cameron Street**
**Silver Spring, MD 20910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,371.52 |
|---|---|---|---|

**Congressional Seafood Co., Inc.**
**7775 Chesapeake Bay Court**
**Jessup, MD 20794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,891.48 |
|---|---|---|---|

**DC Party Rental**
**2625 South Shirlington Road**
**Arlington, VA 22206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,292.00 |
|---|---|---|---|

**DE LAGE LANDEN FINANCIAL SRVC INC**
**PO BOX 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $768.00 |
|---|---|---|---|

**Dionysos Imports Inc.**
**11581 Robertson Drive**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,005.41 |
|---|---|---|---|

**Dominion Virginia Power**
**P.O. Box 26543**
**Richmond, VA 23290-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Tyisa, LLC**
_____      Case number (*if known*)    _____
Name

| | |
|---|---|

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,960.80** |
|---|---|---|---|

**Ecolab, Inc.**
**1 Ecolab Place**
**Saint Paul, MN 55102-2739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,025.00** |
|---|---|---|---|

**Gabriel Monroy**
**3404 Castle Way**
**Silver Spring, MD 20904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$816.20** |
|---|---|---|---|

**Grinding Co. of America**
**105 Annabel Avenue**
**Brooklyn, MD 21225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96,423.72** |
|---|---|---|---|

**Hospitality Construction Services Inc.**
**840 Lake Varuna Mews**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$363.10** |
|---|---|---|---|

**Hotschedules**
**6504 Bridge Point Parkway, Ste 425**
**Austin, TX 78730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**J&B Cleaning Services**
**9401 Lee Highway, St 102**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140,390.37** |
|---|---|---|---|

**Julius Silvert, Inc.**
**P.O. Box 824559**
**Philadelphia, PA 19182-4559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Tyisa, LLC**                                        Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,144.48** |

3.24  **Nonpriority creditor's name and mailing address**
**Kelly Health Insurance**
**P.O. Box 418926**
**Boston, MA 02241-8926**

As of the petition filing date, the claim is: *Check all that apply.*   **$10,144.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

3.25  **Nonpriority creditor's name and mailing address**
**LDV Imports**
**130 West 25th Street, Floor 7**
**New York, NY 10001**

As of the petition filing date, the claim is: *Check all that apply.*   **$19,669.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

3.26  **Nonpriority creditor's name and mailing address**
**Leonard Paper Company**
**725 N. Haven Street**
**Baltimore, MD 21205**

As of the petition filing date, the claim is: *Check all that apply.*   **$1,566.03**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

3.27  **Nonpriority creditor's name and mailing address**
**Lyon Bakery**
**P.O. Box 1360**
**Hyattsville, MD 20785**

As of the petition filing date, the claim is: *Check all that apply.*   **$4,296.79**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

3.28  **Nonpriority creditor's name and mailing address**
**Masskap, LLC**
**12154 Darnestown Road, Ste 621**
**Gaithersburg, MD 20878**

As of the petition filing date, the claim is: *Check all that apply.*   **$22,114.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Unsecured loan__

Is the claim subject to offset? ■ No ☐ Yes

---

3.29  **Nonpriority creditor's name and mailing address**
**Mike Isabella, Inc.**
**12154 Darnestown Road, Ste 621**
**Gaithersburg, MD 20878**

As of the petition filing date, the claim is: *Check all that apply.*   **$77,046.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Unsecured Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

3.30  **Nonpriority creditor's name and mailing address**
**Olympus Food Distributors, Inc.**
**621 South Pickett Street**
**Alexandria, VA 22304-4619**

As of the petition filing date, the claim is: *Check all that apply.*   **$637.63**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Tyisa, LLC**                                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Oracle America, Inc.**<br>**P.O. Box 203448**<br>**Dallas, TX 75320-3448** | **$16,293.31** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Pepsi-Cola**<br>**75 Remittance Drive, Suite 1884**<br>**Chicago, IL 60675-1884** | **$3,003.91** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Potomac Exhaust, Inc.**<br>**1775 West Mt. Harmony Road**<br>**Owings, MD 20736** | **$10,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Restaurant Technologies, Inc.**<br>**12962 Collections Center Drive**<br>**Chicago, IL 60693** | **$13,009.76** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Roberts Oxygen Company, Inc.**<br>**P.O. Box 5507**<br>**Derwood, MD 20855** | **$408.02** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Samuels & Son Seafood Co.**<br>**3400 S Lawrence St**<br>**Philadelphia, PA 19148** | **$35,910.89** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Select Event Group**<br>**8610 Cherry Lane, Suite 42**<br>**Laurel, MD 20707** | **$1,127.29** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tyisa, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$265.25** |
|---|---|---|---|

**Staples Advantage**
**Dept. BOS**
**P.O. Box 415256**
**Boston, MA 02241-5256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,470.00** |
|---|---|---|---|

**Storm Oil, LLC**
**3804 Yuma St., NW**
**Washington, DC 20016-2214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$743.00** |
|---|---|---|---|

**Talbert's Ice & Beverage**
**5234 River Road**
**Bethesda, MD 20816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$774.50** |
|---|---|---|---|

**Tealsm**
**400 8th St, NW**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,554.00** |
|---|---|---|---|

**The General Design Company LLC**
**406 H St NE, 2nd Fl**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,547.47** |
|---|---|---|---|

**The Hartford**
**P.O. Box 660916**
**Dallas, TX 75266-0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,239.91** |
|---|---|---|---|

**TML, a Xerox Company**
**P.O. Box 603065**
**Charlotte, NC 28260-3065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Tyisa, LLC**                                    Case number *(if known)* _____
                Name

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $380.71 |
|---|---|---|---|

**Total Audio Visual Systems, Inc.**
9301 Georgia Ave
Silver Spring, MD 20910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,387.80 |
|---|---|---|---|

**Travelers**
PO Box 660317
Dallas, TX 75266-0317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,935.06 |
|---|---|---|---|

**True World Foods**
10640 Iron Bridge Road, Suites 5&6
Jessup, MD 20794

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171,207.99 |
|---|---|---|---|

**Tysons Gallareia LLC**
SDS-12-3054
P.O. Box 86
Minneapolis, MN 55488-3054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Past Due Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**VEGA Pest Elimination**
611 Hollywood Ave
Silver Spring, MD 20904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,724.60 |
|---|---|---|---|

**Washington Gas**
P.O. Box 37747
Philadelphia, PA 19101-5047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $241.54 |
|---|---|---|---|

**Washington Lamb Inc.**
7963 Conell Ct.
Lorton, VA 22079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Trade Payable__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Tyisa, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,059.28** |
|---|---|---|---|

**Waste Management**
**24516 Network Place**
**Chicago, IL 60673-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Payable_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,207.51** |
|---|---|---|---|

**WC Food Lines Inc.**
**1900 Bayard St.**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Payable_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:     List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 345,597.13 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,226,374.82 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,571,971.95 |

**Fill in this information to identify the case:**

Debtor name  **Tyisa, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Tysons Gallareia LLC** |
| List the contract number of any government contract _____ | **SDS-12-3054**<br>**P.O. Box 86**<br>**Minneapolis, MN 55488-3054** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Tyisa, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **14wbella, LLC** | | **M&T Bank** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Ball Catina, LLC** | | **M&T Bank** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Ballkap, LLC** | | **M&T Bank** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Ballnoodle, LLC** | | **M&T Bank** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Johannes Allender** | | **M&T Bank** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Tyisa, LLC**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6    **Mike Isabella** | **M&T Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.7    **Mike Isabella Jr.** | **Adams Burch** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.8    **Mike Isabella, Inc.** | **M&T Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Tyisa, LLC**

United States Bankruptcy Court for the:     DISTRICT OF MARYLAND

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$4,728,052.00** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$525,650.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | **Julius Silvert, Inc.**<br>**P.O. Box 824559**<br>**Philadelphia, PA 19182-4559** | | **$177,164.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Tyisa, LLC**                                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **VA Dept of ABC**<br>P.O. Box 27491<br>Richmond, VA 23261-7491 | | $48,233.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.3. **Samuels & Son Seafood Co.**<br>3400 S Lawrence St<br>Philadelphia, PA 19148 | | $40,327.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Baldor Specialty Foods, Inc.**<br>155 Food Center Drive<br>Bronx, NY 10474 | | $39,152.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Kelly Health Insurance**<br>P.O. Box 418926<br>Boston, MA 02241-8926 | | $38,778.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Adams-Burch Lender**<br>1901 Stanford Court<br>Hyattsville, MD 20785 | | $37,606.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Sysco Baltimore**<br>Attn: A/R Credit<br>P.O. Box 1099<br>Jessup, MD 20794 | | $30,250.25 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **EagleBank**<br>130 Rollins Avenue<br>Rockville, MD 20852 | | $24,089.50 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Capital Meat Co.**<br>P.O. Box 3117<br>Hyattsville, MD 20784 | | $23,346.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | Tyisa, LLC | Case number *(if known)* | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. **The Hartford**<br>P.O. Box 660916<br>Dallas, TX 75266-0916 | | $15,834.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Dominion Virginia Power**<br>P.O. Box 26543<br>Richmond, VA 23290-0001 | | $15,689.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Dionysos Imports Inc.**<br>11581 Robertson Drive<br>Manassas, VA 20109 | | $14,950.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Alsco**<br>4900 Philadelphia Way<br>Lanham, MD 20706 | | $14,819.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Open Table, Inc.**<br>P.O. Box 671198<br>Dallas, TX 75267 | | $14,434.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **True World Foods**<br>10640 Iron Bridge Road, Suites 5&6<br>Jessup, MD 20794 | | $12,224.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. **J&B Cleaning Services**<br>9401 Lee Highway, St 102<br>Fairfax, VA 22031 | | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. **Republic National Distributing Company**<br>P.O. Box 687<br>Annapolis Junction, MD 20701-0687 | | $11,392.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Tyisa, LLC**                                            Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.18. **LDV Imports**<br>130 West 25th Street, Floor 7<br>New York, NY 10001 | | $10,147.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **Washington Gas**<br>P.O. Box 37747<br>Philadelphia, PA 19101-5047 | | $10,124.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **Pepsi-Cola**<br>75 Remittance Drive, Suite 1884<br>Chicago, IL 60675-1884 | | $9,549.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **Lyon Bakery**<br>P.O. Box 1360<br>Hyattsville, MD 20785 | | $8,186.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **Waste Management of Maryland, Inc.**<br>P.O. Box 13648<br>Philadelphia, PA 19101-3648 | | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **Cocktail Works, LLC**<br>8710 Cameron Street<br>Silver Spring, MD 20910 | | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Tyisa, LLC**                                    Case number *(if known)*

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Baldor DC LLC vs. Tyisa LLC d/b/a Isabella Eatery and Michael Isabella**<br>**034387/2018** | **Collection** | **New York Supreme Court, Rockland County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Caras v. Mike Isabella, Inc., et al.**<br>**18-cv-00749** | **Employment** | **U.S. District Court, District of Columbi**<br>**333 Constitution Avenue N.W.**<br>**Washington, DC 20001** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Tyisa, LLC**                                                     Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Tyisa, LLC**                                                                     Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Tyisa, LLC**                                              Case number *(if known)*

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Johannes Allender**<br>       **117 Ken Oaks Way**<br>       **Gaithersburg, MD 20878** | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

| Debtor | Tyisa, LLC | Case number *(if known)* | |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Johannes Allender<br>117 Kent Oaks Way<br>Gaithersburg, MD 20878 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | GGP<br>2001 International Drive,<br>Mc Lean, VA 22102 |
| 26d.2. | M&T Bank<br>12110 Darnestown Road<br>Gaithersburg, MD 20878 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Mark Petonito | 07/31/2018 | $55,330 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Mark Petonito<br>2001 International Drive<br>Mc Lean, VA 22102 |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mike Isabella, Jr. | 775 Pearl Street, SW #709<br>Washington, DC 20024 | Class A - Active - Managing Member | 69.20% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Tyisa, LLC**                                          Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  6, 2018**

**/s/ Johannes Allender**                                **Johannes Allender**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Maryland

In re    **Tyisa, LLC**                                          Case No.
                                        Debtor(s)                Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **September  6, 2018**                Signature    **/s/ Johannes Allender**
                                                           **Johannes Allender**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re    **Tyisa, LLC**                                                 Case No. _____

                                                    Debtor(s)                  Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September  6, 2018**                             **/s/ Johannes Allender**
                                                         **Johannes Allender**/CFO
                                                         Signer/Title

14wbella, LLC


Aaron S Martinez
3038 Patrick Henry Dr #101
Falls Church, VA 22044


Abercio Machado
2046 Pimmit Dr
Falls Church, VA 22043


Adalberto Nunez Velasquez
2162 Evans Ct Apt 102
Falls Church, VA 22043


Adalberto P Barrios
2911 John Marshall Dr
Seven Corners, VA 22044


Adams Burch
1901 Stanford Court
Hyattsville, MD 20785


Aiza Ortiz
6221 Wilson Blvd #102
Seven Corners, VA 22044


Alejandro J Villalobos Quiros
5301 Inverchapel Rd
Springfield, VA 22151


Alejandro Pineda
1556 Sunstone Drive
McLean, VA 22102

ALEX CONTE
4914 MSFARLAND DR
FAIRFAX, VA 22032


Alexander C Baban
6916 Bonheim Ct
McLean, VA 22101


Alexander Vasquez
7408 Colshire Dr
Tysons, VA 22102


Alexandra Rodriguez Vera
5303 Indian Rock Rd
Centreville, VA 20120


ALEXIS GARCIA MARQUEZ
7626 MATERA ST
APT 203
FALLS CHURCH, VA 22043


Ali Malik Loudiyi
9614 Inverary Ct
Lorton, VA 22079


Ali S Rodriguez
4132 Chantilly Lace Ct
Chantilly, VA 20151


Alliance Technology Group, LLC
7010 Hi Tech Drive
Hanover, MD 21076


Allison Fernandez
6522 Sharps Dr
Centreville, VA 20121

Alsco
4900 Philadelphia Way
Lanham, MD 20706


Amadeo Parada Del Cid
150 Patrick St SW Apt 192
Vienna, VA 22180


Amador Sotelo
2152 Evans Ct
Apt 304
Falls Church, VA 22043


Amanda C Tiencken
6130 Early Autumn Dr
Centreville, VA 20120


Amanda Nelson
PO Box 10633
BURKE, VA 22009


Amielia K Sompayrac
11628 Ranch Ln
North Potomac, MD 20878


Ana Andrade
37 Wedgedale Dr
Sterling, VA 20164


Ana B Rafael
7612 Matera St Apt 203
Falls Church, VA 22043


Anahita Daneshkazemi
2695 Arlington Dr
Alexandria, VA 22306

ANDERSON FLORES-RAFAEL
7612 MATERA ST
APT 203
FALLS CHURCH, VA 22043


Andrew Gaballa
2729 Pleasantdale Rd #T4
Vienna, VA 22180


Andrew Gamarra
4410 Pickett Road
Fairfax, VA 22032


Andrew Liang
1540 Morningside Drive #2B
Fairfax, VA 22031


Andrew R Santos Llamas
2815 Winchester Way
Falls Church, VA 22042


Angeni Villarroel
5204 Light Street
NORTH SPRINGFIELD, VA 22151


Ankit Kafle
7410 Barley Walk
Falls Church, VA 22042


Anne E Wierzbicki
208 Skyhill Rd Apt 5
Alexandria, VA 22314


Anne Lai
4430 31st Street South
Apt 201
ARLINGTON, VA 22206

Antonio Lopez
6521 Gildar St
Alexandria, VA 22310


Antonio Villanueva Julca
124 Haycock Rd B1
Falls Church, VA 22043


Ardent Vibe
8710 Cameron Street
Silver Spring, MD 20910


Arely Rosell
9451 Lee Highway
Apt 911
FAIRFAX, VA 22031


Armando Hernandez Martinez
3038 Patrick Henry Dr Apt 101
Falls Church, VA 22044


Arnulfo Lopez Casiano
7301 Parkwood Ct #302
Falls Church, VA 22042


Arturo Salvador Morales
6160 Wilson Blvd Apt 04
Falls Church, VA 22205


Asante Z Pearson
4114 Beck St SE
Washington, DC 20019


Asela Contreras
7426 Colshire Drive
Apt 102
MCLEAN, VA 22102

Ashfaq Hossein
2246 N Beauregard St Apt 24
Alexandria, VA 22311


Ashraf Bazi Kabbaj
3310 Woodburn Village Dr
Annandale, VA 22003


Ayman A Gad
2729 Pleasantdale Rd Apt T4
Vienna, VA 22180


Aziz W Loza
714 Cedar Lane
Vienna, VA 22180


Baldor Specialty Foods, Inc.
155 Food Center Drive
Bronx, NY 10474


Ball Catina, LLC


Ballkap, LLC


Ballnoodle, LLC


Bascietto & Bregman, LLC
515 Main Street
Laurel, MD 20707-4117

Battseg Davdugar
5550 Columbia Pike Apt 750
Arlington, VA 22204


Batzel Law PLLC
641 S St, NW, 3rd Floor
Washington, DC 20001


Beman Habashy
4818 Kenmore Ave Apt 304
Alexandria, VA 22304


Benjamin Bowen
5120 Woodmere Dr Apt 303
CENTREVILLE, VA 20120


BFPE International
P.O. Box 791045
Baltimore, MD 21279-1045


Bianca Nguyen
11221 Legato Way
SILVER SPRING, MD 20901


Blake Alfaro
3321 Lothian Rd
Fairfax, VA 22031


Blanco E Portillo
7425 Vernon Square Dr Apt 103
Alexandria, VA 22306


Boris E Mazate Cuaje
327 N George Mason Dr
Arlington, VA 22203

Boris Komatina
1200 S Courthouse Road
Apt 801
ARLINGTON, VA 22204


Boris M Anguelov
2300 24th Rd S Apt 124I
Arlington, VA 22206


Brenda Y Avalos
7600 Ledford St
Falls Church, VA 22043


Brent A. Sullivan, LLC
P.O. Box 90900
Washington, DC 20090


Brianna E Lloyd
4713 Gloucester Rd
Alexandria, VA 22312


Bruce A Vargas
4002 19th Ave
Temple Hills, MD 20748


Bryan Ruiz
1935 Pimmit Dr
Falls Church, VA 22043


Bryan Sharpe
12209 Fairfield House Drive Apt 509
FAIRFAX, VA 22033


Bryon K McClain III
210 E Fairfax St
Apt 319
FALLS CHURCH, VA 22046

Cameron E Diamond
10201 Silver Bell Terrace
ROCKVILLE, MD 20850


Camila Alfaro San Miguel
8004 Chanute Pl Apt 5
Falls Church, VA 22042


Capital Meat Co.
P.O. Box 3117
Hyattsville, MD 20784


Carl W Samans
1050 N Stuart St
Arlington, VA 22201


Carlos A Rivera Guzman
229 Ogiethorpe St NE
WASHINGTON, DC 20011


Carlos C Rodriguez
6435 Gentle Cir
Montgomery Village, MD 20886


Carlos Marroquin
2905 Wickersham Way
Falls Church, VA 22042


Carlos Sosa
10626 Provincial Dr
Manassas, VA 20109


Carolina Granado Mancilla
7626 Matera St
Apt 203
Falls Church, VA 22043

Casey A Delavega
2300 Pimmit Dr Apt 1409
Falls Church, VA 22043


Cattleya Saetae
9534 Miranda Ct
Fairfax, VA 22031


Cesar A Morales Vasquez
1125 N Randolph St
Apt 11
ARLINGTON, VA 22201


Chaina McKinney
2958-2962 2nd St SE
Washington, DC 20032


Chakapong Soundara
8407 Academy St
Vienna, VA 22180


Chelsea J Killigrew
10121 Blue Coat Dr
Fairfax, VA 22030


Chloe Caras
1921 8th St NW
Apt E405
WASHINGTON, DC 20001


Christian Cardenas Parra
4500 Bennion Rd
Silver Spring, MD 20906


Christina K Choi
7911 Falstaff Rd
McLean, VA 22102

Christopher J Vitale
8215 Peridot Dr Unit 303
Tysons, VA 22102


Christopher W Pickarz
4801 Briggs Rd
Fairfax, VA 22030


Cocktail Works, LLC
8710 Cameron Street
Silver Spring, MD 20910


Congressional Seafood Co., Inc.
7775 Chesapeake Bay Court
Jessup, MD 20794


Cornelius Chandler
1553 Roberts Dr SE
Mableton, GA 30126


Cox Communications
Dept 781114
P.O. Box 78000
Detroit, MI 48278-1114


Curt A Bizovi
10912 Scott Drive
FAIRFAX, VA 22030


Damaris Rosell
2550 Chain Bridge Rd
Vienna, VA 22181


Daniel Garibaldi
11437 Hollow Timber Court
RESTON, VA 20194

Daniel Miranda Reyes
908 Ellison St Apt 313
Falls Church, VA 22046


Daniel Waissman
2066 Royal Fern Ct
Reston, VA 20191


Daniela I Salamanca Enriquez
7402 Lucerne Ln
Annandale, VA 22003


Darby S Fallon
6485 Waterfield Rd
Alexandria, VA 22315


Darius C Thomas
6169 Tag Ct
Woodbridge, VA 22193


David Diaz Merino
633 Alamo Street
Springfield, VA 22150


David Garcia Medina
4117 4th St N Apt1
Arlington, VA 22203


Daysi E Chacon Barrientos
6175 Arlington Blvd Apt 202
Falls Church, VA 22044


DC Party Rental
2625 South Shirlington Road
Arlington, VA 22206

DE LAGE LANDEN FINANCIAL SRVC INC
PO BOX 41602
Philadelphia, PA 19101-1602


Deborah Sweasy
7728 Virginia Ln
Falls Church, VA 22043


Deimer Arreaga
4131 Novar Drive
Chantilly, VA 20151


Delmer O Garcia Medrano
6615 Mayfair Dr Apt 202
Falls Church, VA 22042


Department of Tax Adm - Sales Tax
P.O. Box 26627
Richmond, VA 23261-6627


Dept of Tax Adm - Personal Property Tax
P.O. Box 10201
Fairfax, VA 22035-0201


Derryl Jones Rogers
7139 Groveton Gardens Rd
Apt 103
Alexandria, VA 22306


Diana Megia
910 Ellison St Apt 213
Falls Church, VA 22046


Diana Piraquive
7462 Larne Ln
Lorton, VA 22079

Dillion Most
10236 Grittenford Dr
VIENNA, VA 22182


Dina Ventura
2804 Arlington Blvd
Arlington, VA 22204


Dionysos Imports Inc.
11581 Robertson Drive
Manassas, VA 20109


Dominion Virginia Power
P.O. Box 26543
Richmond, VA 23290-0001


Dusan Milvojevic
4910 Fran Pl Apt 202
Alexandria, VA 22312


Ecolab, Inc.
1 Ecolab Place
Saint Paul, MN 55102-2739


Edgar Guzman Lopez
3038 Patrick Henry Dr Apt 101
Falls Church, VA 22044


Edgar Silva
3310 Webley Ct
Annandale, VA 22003


Edlyn J Alvarado Sura
7909 John Adams Ct Apt 102
Annandale, VA 22003

Edmar Salinas Vallejo
447 N Armistead St
Alexandria, VA 22312


Eduardo Ramirez-Rafael
7612 Matera St Apt 203
FALLS CHURCH, VA 22043


Edward A Dohung
6001 Arlington Blvd
Falls Church, VA 22044


Edward Chung
4327 Ravensworth Rd
Annandale, VA 22003


Edward Moreno
2019 Leonard Rd
Falls Church, VA 22043


Edward Murphy
21026 Hooded Crow Dr
Leesburg, VA 20175


Edwin A Rosales
11665 N Shore Dr Apt 2
Reston, VA 20190


Edwin Gonzalez Gomez
2710 Pleasantdale Rd
Vienna, VA 22180


Eleazar Dominguez
2159 Evans Ct
Falls Church, VA 22043

Elias M Gibson
1614 Savannah St SE #202
Washington, DC 20020


Elliot Drew
733 N Kings Rd
Apt 349
Los Angeles, CA 90069


Emad M Saleeb
2729 Pleasantdale Rd Apt T4
Vienna, VA 22180


Emil A Khamnei
8077 Crooked Oaks Ct
Gainesville, VA 20155


Emily A Reed
12 Auburn Ct
Apt B
ALEXANDRIA, VA 22306


Emily Browne
7337 El dorado St
MCLEAN, VA 22102


Emily Partigan
1803 Colverlawn Ct
MCLEAN, VA 22101


Enkhbaatar Gayabazar
1401 N Taft St Apt 1013
Arlington, VA 22201


Enrique Blanco Reyes
8107 Pinelake Ct
ALEXANDRIA, VA 22309

Eric M Henriquez
11610 Veirs Mill Rd
Silver Spring, MD 20902


Erick Machado Villalta
902 Ellison St
Falls Church, VA 22046


Esam S Saeed
2729 Pleasantdale Rd #T4
Vienna, VA 22180


Esmeralda Barrios
2923 John Marshall Dr
Arlington, VA 22207


Esmeralda Pablo Barrios
1236 11th St NW Apt 110
Washington, DC 20001


Eun Suk Bae
7414 Farnum St
Springfield, VA 22151


Evelin H Sales Juarez
4300 4th St N Apt 2
Arlington, VA 22203


Exson Arita Rosell
2550 Chain Bridge Rd
Vienna, VA 22181


Flor Calderas
1304 N Pierce St
Arlington, VA 22209

Flor De Maria Cajas Morales
7531 Lee Hwy Service Rd
Falls Church, VA 22042


Francisco Machado
601 Four Mile Rd Apt 312
Alexandria, VA 22305


Gabriel Monroy
3404 Castle Way
Silver Spring, MD 20904


Gerald A Reynosa
7101 Granberry Way
Springfield, VA 22151


Gerardo Guzman Marquez
3038 Patrick Henry Dr #101
Falls Church, VA 22044


GHIZLANE DAKOUNI
5599 SEMINARY RD
APT 2312 S
FALLS CHURCH, VA 22041


Gillian Schroeder
2030 N Adams St #1206
Arlington, VA 22201


Giovanny Campoverde
3800 Powell Ln
Falls Church, VA 22041


Gloria Arias
4312 Pickett Road
Fairfax, VA 22032

Gloria E Flores Umana
7626 Matera St Apt 203
Falls Church, VA 22043


Gloria M Marina Mancilla
7624 Matera St Apt 1
Falls Church, VA 22043


Grecia Balboa Seas
2135 North Monroe Street
Arlington, VA 22207


Gregory Runner
1407 Northgate Square Unit 2
Reston, VA 20190


Grinding Co. of America
105 Annabel Avenue
Brooklyn, MD 21225


Gustavo A Grijalva
21 Cree Dr
Oxon Hill, MD 20745


Haisam H Saddak
2729 Pleasantdale Rd Apt T4
Vienna, VA 22180


Hakim Belazouz
7481 Lee Hwy
Falls Church, VA 22043


Hamid Chabane Chaouche
7515 Little River Turnpike
Annandale, VA 22003

Hasan Cruz
7471 Little River Turnpike
Annandale, VA 22003


Henry E Palencia Montoya
7481 Lee Hwy Service Rd
Falls Church, VA 22042


Hery Randriarimanana
1101 S Quincy St Apt 201
Arlington, VA 22204


Heylin Y Maldonado
726 N George Mason Dr
Arlington, VA 22203


Hilda Juarez
4301 N Pershing Dr
Arlington, VA 22203


Hilmer Vanegas
4201 N Pershing Dr Apt 3
Arlington, VA 22203


Hira Khan
5811 Colchester Rd
Fairfax, VA 22030


Hiwote T Mekuria
5307 Martinique Lane
ALEXANDRIA, VA 22315


Hortencia Corteno
2168 Evans Ct Apt 203
Falls Church, VA 22043

Hospitality Construction Services Inc.
840 Lake Varuna Mews
Gaithersburg, MD 20878


Hotschedules
6504 Bridge Point Parkway, Ste 425
Austin, TX 78730


Imelda Raymond Abdullah
1521 Spring Gate Dr
Unit 10309
McLean, VA 22102


Ingrid M Blanco Bustamante
8496 Rippled Creek Ct
Springfield, VA 22153


Irene Iliboneye
9812 Clifford Dr #100
Fairfax, VA 22031


Irma E Herrera
4412 W Caroline Ave
Beltsville, MD 20705


Irma Mendoza Rodriguez
906 Ellison St Apt 423
Falls Church, VA 22046


Irving Sosa Castillo
2053 Pimmit Dr
Falls Church, VA 22043


Isaiah Chapman
11581 Southington Ln
Herndon, VA 20170

Ismael E Garcia
12204 Nutmeg Ln
Reston, VA 20191


Isrrael Garcia
2923 John Marshall Dr Apt 202
Arlington, VA 22207


J&B Cleaning Services
9401 Lee Highway, St 102
Fairfax, VA 22031


Jacky Tu Teng
3625 Embassy Ln
Fairfax, VA 22030


Jaime Ambrocio
7602 Ledford St
Apt 201
Pimmit Hills, VA 22043


Jamaica Mc Collum
217 Eagle Head Dr
Fort Washington, MD 20744


JAMES LARSEN
343 CLUB VIEW DR
GREAT FALLS, VA 22066


James W Updegraff
7925 Freehollow Dr
Falls Church, VA 22042


Jamie Landaverde
2118 Dexter Ave
Apt 102
Silver Spring, MD 20902

Janee D Miles
3222 Sycamore Ln Apt 204
Suitland-Silver Hill, MD 20746


Janelle M Serianni
4209 Ridge Top Rd Apt 517
Fairfax, VA 22030


Janine M Suyat
3221 Annandale Rd
Falls Church, VA 22042


Jason E Overmyer
1415 Rhode Island Ave NW Apt 513
Washington, DC 20005


Jason Walter
9704 Kingsbridge Dr #302
Fairfax, VA 22031


Jaymes A Lee
302 Deep Trail Ln
Rockville, MD 20850


Jenny Madrid
2232 Pimmit Run Ln #104
Falls Church, VA 22043


Jeremias A Martinez
7408 Colshire Dr
Apt 1
Tysons, VA 22102


Jeremy Drouin
1668 Valencia Way
Reston, VA 20190

Jerry J Canales
1812 Olmstead Dr
Falls Church, VA 22043


Jesenia Romero
601 Four Mile Rd
Alexandria, VA 22305


Jessica M Araniva Amaya
5740 Cannon Ln
Alexandria, VA 22303


Jesus Giron
2118 Dexter Ave
Silver Spring, MD 20902


JESUS HERNANDEZ
3018 PATRICK HENRY DR
APT 302
FALLS CHURCH, VA 22044


Jim Mark A Grant
1708 Harlequin Ct
Upper Marlboro, MD 20774


Jimmy Ramirez
2165 Evans Ct apt 204
Falls Church, VA 22043


Jiuyang Hu
10113 Crestwood Rd
Kensington, MD 20895


Joel Pettiford
10714 Dragoo Pl
Clinton, MD 20735

Johannes Allender


John P Amaya Romero
7206 E Kilmer St
Hyattsville, MD 20785


Jonathan Rodriguez
3155 Annandale Rd
Falls Church, VA 22042


JORDAN PEREZ MARTINEZ
3618 BARCROFT VIEW TERR
APT 402
BAILEYS CROSSROADS, VA 22041


Jorge A Torres-Nino
5812 Apsley House
ALEXANDRIA, VA 22310


Jorge J Flores
967 Clopper Rd T2
Gaithersburg, MD 20878


Jorge Manto Ramirez
2710 Livingstone Ln Apt 101
Vienna, VA 22180


Jose Asencio
4236 Hunt Club Cir
Fairfax, VA 22033


Jose Chavez
2162 Evans Ct
Falls Church, VA 22043

Jose Cruz
5902 Gloucester Ave
Springfield, VA 22150


Jose F Vasquez
8002 Chanute Pl Apt10
Falls Church, VA 22042


Jose Flores
1220 12th St NW
Apt 112
Washington, DC 20005


Jose Francisco Herrera Capriel
8210 Peridot Dr
Tysons, VA 22102


Jose G Catarino Roman
3038 Patrick Henry Dr
Falls Church, VA 22044


Jose Granados Medrano
7626 Matera St Apt 203
Falls Church, VA 22043


Jose I Melendez
2268 Pimmit Run Ln
Falls Church, VA 22043


Jose L Bahena Calderon
1308 E St
Woodbridge, VA 22191


Jose M Alcantara Garcia
2910 John Marshall Dr Apt 101
Seven Corners, VA 22044

JOSE MOLINA
9451 LEE HWY
APT 911
FAIRFAX, VA 22031


Jose Narvaez
6819 Westmoreland Rd
Falls Church, VA 22042


Jose Orihuela
919 N Van Dorn St
Alexandria, VA 22304


Jose Padilla
5738 Backlick Rd
Springfield, VA 22150


Jose V Gonzalez Lopez
2159 Evans Ct Apt 203
Falls Church, VA 22043


Joseph A Mungo II
3910 Penderview Dr #623
Fairfax, VA 22033


Joseph C Palma
1121 24th St NW apt 306
Washington, DC 20037


Joseph D Baldo
80 S Van Dorn St Apt E113
Alexandria, VA 22304


Joseph D Pineda
5201 Duke St apt 203
Alexandria, VA 22304

Joseph P Stetina III
1624 Wainwright Dr
Reston, VA 20190


Joshua I Howard
45094 University Dr
Ashburn, VA 20147


Joshua M Gallander
5316 Chieftain Cir
Alexandria, VA 22312


Josue Segura
23 Canterbury Square Apt 201
Alexandria, VA 22304


Juan A Rivera
2508 Avalon Pl
Hyattsville, MD 20783


Juan Arita
2534 Chain Bridge Rd Apt T1
Vienna, VA 22181


Juan C Lemus
8128 Prescott Dr Apt 201
Vienna, VA 22180


JUAN MORENO SECUNDINO
2906 KINGS CHAPEL RD
#6
FALLS CHURCH, VA 22042


Juan Patino
13722 Smallwood Ct
CHANTILLY, VA 20151

Judith O Quinonez
601 Four Mile Rd Apt 228
Alexandria, VA 22305


Julio C Castro
7941 Tyson Oaks Cir
Vienna, VA 22182


Julio C Vargas
7741 Donnybrook Ct Apt 101
Annandale, VA 22003


Julio M Lopez Santos
9411 Lee Hwy Apt 205
Fairfax, VA 22031


Julio Marroquin Aguilar
110 N Wayne St Apt 4
Arlington, VA 22201


Julio Salvador
7416 Colshire Drive
MCLEAN, VA 22102


Julio Vargas
7320 Dartford Dr #9
McLean, VA 22102


Julius Silvert, Inc.
P.O. Box 824559
Philadelphia, PA 19182-4559


Justin M Dottin
1542 Powells Tavern Pl
Herndon, VA 20170

Karen Piczon
4113 Winter Harbor Ct
Chantilly, VA 20151


Karen R Mancia
6901 23rd Pl
Hyattsville, MD 20783


Karina Castro
4213 Wadsworth Ct
Annandale, VA 22003


Karla Sanchez
910 Ellison St Apt 213
Falls Church, VA 22046


Karoline E Orihuela Santos
919 N Van Dorn St Apt 202
Alexandria, VA 22304


Katarina Famoso
8231 Peridot Drive
Apt 101
WEST MCLEAN, VA 22102


Keenan Wegener
1617 Lake Shore Crest Dr
Reston, VA 20190


Kelly Health Insurance
P.O. Box 418926
Boston, MA 02241-8926


Kethsuda Raxajak
4209 Ridge Top Rd Apt 459
Fairfax, VA 22030

Keyla Miranda Reyes
7426 Colshire Dr Apt 2
Tysons, VA 22102


Khalid El Hayany
5106 Columbia Pike
Arlington, VA 22204


Kiran M Tamrakar
13987 Gunners Pl
Centreville, VA 20121


Kobie A Pearson
2544 Chain Bridge Rd Apt 204
Vienna, VA 22181


Krisia Orellana Menjivar
5493 Sheffield Ct Apt 113
Alexandria, VA 22311


LDV Imports
130 West 25th Street, Floor 7
New York, NY 10001


Leah N Karony
1566 McNeer St
McLean, VA 22101


Leeda Bijani
46773 Backwater Dr
Sterling, VA 20164


Leivis Rodriguez
6112 Backlick Rd #2A
Springfield, VA 22150

Leny Lopez Hinjosa
4929 Americana Dr Apt 210
Annandale, VA 22003


Leocadio Mazate Cuj
1524 Newton St NW
Washington, DC 20010


Leonard Paper Company
725 N. Haven Street
Baltimore, MD 21205


Leonel G Villalobos
7448 Patterson Rd
Falls Church, VA 22043


Lillian Cossio
2620 West St
Falls Church, VA 22046


Linel M Perez
2116 Kings House Rd
Silver Spring, MD 20905


Louis J Matsikas
7902 Tysons One Pl
Apt 417
Tysons, VA 22102


Lowell Robinson
2301 Cathedral Ave NW
Washington, DC 20008


Lucia P Barrios
2923 John Marshall Dr Apt 202
Seven Corners, VA 22044

Luciana Margarito Fernandez
2168 Evans Ct Apt 204
FALLS CHURCH, VA 22043


Luis A Vasquez
210 E Fairfax St #621
Falls Church, VA 22046


Luis C Rosas Ayala
415 N Thomas St Apt 1
Arlington, VA 22203


Luka R Karony
1566 McNeer St
McLean, VA 22101


Ly Nguyen
2218 Mohegan Dr
Falls Church, VA 22043


Lyane M Ramos
P.O Box 3101
Merrifield, VA 22116


Lyon Bakery
P.O. Box 1360
Hyattsville, MD 20785


M&T Bank
One M&T Plaza
Buffalo, NY 14203


Mabel Mendoza
906 Ellison St Apt 423
Falls Church, VA 22046

Magdalena Lopez
2923 John Marshall Dr
Arlington, VA 22207


Man Lan Lisa Nelson
1094 Pensive Ln
Great Falls, VA 22066


Marbin A Bustillo Castro
2162 Evans Ct Apt 102
Falls Church, VA 22043


Marbin Gonzalez
630 Harbour Oak Dr
Edgewood, MD 21040


Marcelo Perez
7602 Ledford St
Apt 201
Falls Church, VA 22043


Marcia Lazarinos
284 Longford Dr
Frederick, MD 21702


Marco Hani
132 Patrick St SE Apt 243
Vienna, VA 22180


Marcos Sorto
2029 Dexter Dr
Falls Church, VA 22043


Mareano de j Godoy Hernandez
3018 Patrick Henry Dr
Apt 302
FALLS CHURCH, VA 22044

Margarita Dionicio
7301 Pimmit Ct
Falls Church, VA 22043


Maria A Blanco
6607 Lawndale Dr
Falls Church, VA 22042


Maria Campo Pisciotti
1575 Anderson Rd
McLean, VA 22102


Maria F Cordova
2550 Chain Bridge Rd Apt 202
Vienna, VA 22181


Maria L Velis Cruz
601 Four Mile Rd #130
Alexandria, VA 22305


Maria R Barragan
2032 Peach Orchard Dr Apt T4
Falls Church, VA 22043


Mario Mendez
2232 Pimmit Run Ln Apt 104
Falls Church, VA 22043


Marion Rodriguez
1027 Kings Ct
Herndon, VA 20170


Maritza Agurto
6701 Cimarron St
Springfield, VA 22150

Mark W Petonito
8231 Peridot Drive Apt 101
McLean, VA 22102


MARTHA GEBERA
1908 TYSONS LANDING CT
MCLEAN, VA 22102


Martin Granados Rivas
7722 Lisle Ave
Falls Church, VA 22043


Masskap, LLC
12154 Darnestown Road, Ste 621
Gaithersburg, MD 20878


Maynor Perez Mendez
2010 Peach Orchard Dr Apt 24
Falls Church, VA 22043


Mayson S Rangel
3220 S 28th St Apt 302
Alexandria, VA 22302


MD Alamgir Hossain
3545 Ellery Cir
Falls Church, VA 22041


MD Asaduzzaman
6839 Supreme Ct
Springfield, VA 22150


Mehdi Soleymani
1724 Olney Rd
Falls Church, VA 22043

Melissa L Pankow
2520 S Oxford St
Arlington, VA 22206


Melquiades Gomes
Pimmit Run Lane
Falls Church, VA 22043


Melvin M Galindo
7479 Little River Turnpike  #T2
Annandale, VA 22003


Michael Conroy
1910 N Calvert St #101
Arlington, VA 22201


Michael L Harris
3403 63rd Pl
Cheverly, MD 20785


Michael Reid
2918 Bridgehampton Ct
Falls Church, VA 22042


Michael S Ginn
733 Fallsgrove Dr
Rockville, MD 20850


Michelle Pankow
7011 Ebbtide Ln
Burke, VA 22015


Miguel A Nizama Pinchi
12265 Laurel Glade Ct Apt 302
Reston, VA 20191

Miguel Hernandez Bolanos
3038 Patrick Henry Dr Apt 101
Falls Church, VA 22044


Mike Isabella


Mike Isabella Jr.


Mike Isabella, Inc.
12154 Darnestown Road, Ste 621
Gaithersburg, MD 20878


Milber Gallo Moreno
5247 Monroe Drive
SPRINGFIELD, VA 22151


Miloud El Karroumy
1002 ROCKVILLE PIKE
APT1527
ROCKVILLE, MD 20852


Milton Rodriguez Perez
14755 Green Park Way
Centreville, VA 20120


Minh-Uyen E Nguyen
5619 Meridian Hill Pl
Burke, VA 22015


Mohamed B El Khessassi
4400 4th Rd N Apt 338
Arlington, VA 22203

Mohamed El Mahrouch
3524 Rose Ln
Annandale, VA 22003


Mohamed Sbihi
133347 Connor Drive #F
Centreville, VA 20120


Mohammad M Rahman
7031 Leesville Blvd
Springfield, VA 22151


Mohammad R Ali
3445 Ellery Cir
Bailey's Crossroads, VA 22041


Mohammed Maniruzzaman
7413 Jayhawk St
Annandale, VA 22003


Mollie E Bird
3168 18th St NW Apt #B
Washington, DC 20010


Monica K Arauz
7320 Parkwood Ct Apt 103
Falls Church, VA 22042


Monie Deneke
2408 Brookmoor Ln
Woodbridge, VA 22191


Nancy G Villagran
4219 Wadsworth Ct
Annandale, VA 22003

Nayely A Vasquez Ceron
339 Reneau Way
HERNDON, VA 20170


Nelson Mendez Lopez
11516 Charlton Dr
SILVER SPRING, MD 20902


Nelson Perez Ortiz
2032 Pimmit Dr
Falls Church, VA 22043


Nicholas Maher
609 Fulton Ave
Falls Church, VA 22046


Nicole A Spyridakis
5213 Sideburn Road
FAIRFAX, VA 22032


Nikita Savinov
6200 Singleton Dr
Bethesda, MD 20817


Nilson C Villalobos
2038 Cherri Drive
Falls Church, VA 22043


NOAH MUNSIE
1988 Solaridge Court
RESTON, VA 20191


Nohemy Flores
6146 Wilson Blvd
Seven Corners, VA 22044

Noniece Hernandez
1498 Ranger Loop #403
Woodbridge, VA 22191


Obdulio Gonzalez Lopez
3603 Barcroft View Terrace Apt 104
Bailey's Crossroads, VA 22041


Octavio Catarino Roman
6160 Wilson Blvd Apt 4
Arlington, VA 22044


Olban J Parada Cedillo
150 Patrick St SE #192
Vienna, VA 22180


Olga D Portillo Carranza
1207 Alabama Drive
HERNDON, VA 20170


Olivero J Suarez
1220 12th St NW
Apt 112
Washington, DC 20005


Olvin Lopez
9451 Lee Hwy Apt 1211
Fairfax, VA 22031


Olympus Food Distributors, Inc.
621 South Pickett Street
Alexandria, VA 22304-4619


Onubold Tugjnyam
213 Poplar Spring Rd
Rockville, MD 20850

Oracle America, Inc.
P.O. Box 203448
Dallas, TX 75320-3448


Orlando Loayza
6521 Gildar St
Alexandria, VA 22310


Oscar Funez
916 S Buchanan St Apt 202
Arlington, VA 22204


Oscar Vargas Cruz
7602 Ledford St
Falls Church, VA 22043


Osman A Osman
6454 Autumn Glen Ct
Alexandria, VA 22312


Osmin Giron Guerra
3618 Barcroft View Terrance
Apt 402
FALLS CHURCH, VA 22041


Othmane Benhammou
1313 S Thomas St Apt 22
Arlington, VA 22204


Paola Hinojosa Jaldin
406 South Spring Street
FALLS CHURCH, VA 22046


Paula Martinez Flores
2929 John Marshall Dr
Apt 102
FALLS CHURCH, VA 22044

Paulino J Gualdino Matondo
7868 Colonial Ave
Alexandria, VA 22309


Pedro Martinez
2906 Kings Chapel Rd
Falls Church, VA 22042


Pepsi-Cola
75 Remittance Drive, Suite 1884
Chicago, IL 60675-1884


Peter F Larsen
6200 29th St N
Arlington, VA 22207


Philip Constantine
7039 Wilson Ln
Bethesda, MD 20817


Potomac Exhaust, Inc.
1775 West Mt. Harmony Road
Owings, MD 20736


Prawesh Gyawali
7410 Barley Walk
Falls Church, VA 22042


Qinwei Chen
2314 Fort Dr
Alexandria, VA 22303


Quintin D Harris
2000 Savannah Terrace SE Apt D
Washington, DC 20020

Rafiki Yearwood
1204 S Washington St
Alexandria, VA 22314


Raiqa Somjee
13413 Heth Dr
Midlothian, VA 23114


Raul Vargas-Ayala
551 3rd St S
Arlington, VA 22204


Raydel Blanco Valdes
7021 Haycock Rd
Falls Church, VA 22043


Raymond Randriarimanana
1101 S Quincy St Apt 201
Arlington, VA 22204


Reina G Jimenez
2909 Stillwood Cir
Falls Church, VA 22042


Rene Aniceto
1236 11th St NW Apt 110
Washington, DC 20001


Renika Smith
9308 Stall Ave
Lanham, MD 20706


Restaurant Technologies, Inc.
12962 Collections Center Drive
Chicago, IL 60693

REYNA ORTIZ LOPEZ
9411 LEE HWY
APT 205
FAIRFAX, VA 22031


Reynaldo A Rivera
6041 Bellview Dr Apt 1
Bailey's Crossroads, VA 22041


Rhonda Vaden
7842 Snead Ln
Falls Church, VA 22043


Ricardo R Gutierrez
5055 Seminary Rd #1222
Alexandria, VA 22311


Richard K Sladek Jr
625 H St NE
Apt 305
Washington, DC 20002


Ricky M Galbes
9411 Lee Hwy Apt 205
Fairfax, VA 22031


Rietson Salinas Vallejo
447 N Armistead St
Alexandria, VA 22312


Rilma M Gonzalez
2212 Pimmit Run Ln Apt 101
Falls Church, VA 22043


Roberta B Pound
9227 Brian Drive
VIENNA, VA 22180

Roberto Bahena
2053 Pimmit Dr
Falls Church, VA 22043


Roberts Oxygen Company, Inc.
P.O. Box 5507
Derwood, MD 20855


Rodrigo Sarceno Perez
5608 Carters Ln
East Riverdale, MD 20737


Rogelio C Reyes
2226 Pimmit Run Ln Apt 1
Falls Church, VA 22043


Roni R Ferrufino Perdonomo
5201 Duke St Apt 203
Alexandria, VA 22304


Rosa Rodriguez Villalobos
4140 Wadsworth Ct Apt 201
Annandale, VA 22003


Rosalia Corvera
3810 Hummer Rd
Annandale, VA 22003


Rosalinda Noriega
8137 Prescott Dr
Vienna, VA 22180


Ruben Perez Pineda
4300 4th St N
Arlington, VA 22203

Ruddy Suarez
1034 S Frederick St
Arlington, VA 22204


Ryan Simonsen
13031 Quate Lane
WOODBRIDGE, VA 22192


Sabrian Smith
2589 Naylor Rd SE Apt 203
Washington, DC 20020


Sabrina Mcduffie
3920 Suitland Rd Apt 202
Suitland, MD 20746


Sahra Begham-Yusufzai
1701 Rosa Dr
Woodbridge, VA 22191


Samer I Asal
5597 Seminary Rd
Falls Church, VA 22041


Samira Ghaffari
8421 Broad St Apt. 917
MCLEAN, VA 22102


Samuel Timmins
1922 Birch Rd
McLean, VA 22101


Samuels & Son Seafood Co.
3400 S Lawrence St
Philadelphia, PA 19148

Sanghyun Park
3951 Tallow Tree Place
FAIRFAX, VA 22033


Sara E Hancock
5911 Edsall Rd Apt 1212
Alexandria, VA 22304


Sara N Hernandez
7625 Matera St Apt 3
Falls Church, VA 22043


Sarah B Weathersby
10800 Indian Head Hwy Apt B26
Fort Washington, MD 20744


Sareya Marquina
9624 Hillock Ct
Burke, VA 22015


Sarvar Ghaffari
8360 Greensboro Dr #601
McLean, VA 22102


Saul Teo Cabrera
14741 Wycombe St
Centreville, VA 20120


Sayra Hernandez De Solis
3655 Malibu Cir
Falls Church, VA 22041


Sean Munley
9503 Wooden Spoke Ct
Burke, VA 22015

Sean Naeole
9534 Miranda Ct
Fairfax, VA 22031


Sean T Adams
3515 Parkway Terrace Dr Apt 7
Suitland-Silver Hill, MD 20746


Segundo Munoz Romero
19252 Circle Gate Dr
Germantown, MD 20874


Select Event Group
8610 Cherry Lane, Suite 42
Laurel, MD 20707


Selvin Garcia
1220 12th St NW
Apt 112
Washington, DC 20005


Sergio R Avalos Santiago
7941 Tyson Oaks Cir
Vienna, VA 22182


Shawn Chenault Jr
460 L St NW #501
Washington, DC 20001


Shittu Azmat
1034 S Frederick St Apt 832
Arlington, VA 22204


Staples Advantage
Dept. BOS
P.O. Box 415256
Boston, MA 02241-5256

Stefan Sokic
5901 Montrose Road
Apt N705
ROCKVILLE, MD 20852


Stephen A Lewis II
406 S Spring St
Falls Church, VA 22046


Storm Oil, LLC
3804 Yuma St., NW
Washington, DC 20016-2214


Suphamat Chakranuwatthanapong
21270 McFadden Square Unit 204
Potomac Falls, VA 20165


Susana Y Jimenez
3038 Patrick Henry Dr
Falls Church, VA 22044


Svetlana V Makarovskaya
2211 Franklin St NE
Washington, DC 20018


Sysco Baltimore
Attn: A/R Credit
P.O. Box 1099
Jessup, MD 20794


Talbert's Ice & Beverage
5234 River Road
Bethesda, MD 20816


Talia Cabrera Hernandez
7422 Colshire Dr #9
Mclean, VA 22102

Taylan Guclu
251 S Reynolds St M404
Alexandria, VA 22304


Tealsm
400 8th St, NW
Washington, DC 20004


Teofilo Contreras Anacleto
7301 Pimmit Ct
Falls Church, VA 22043


Teresa Duran
3314 Memorial St
Alexandria, VA 22306


The General Design Company LLC
406 H St NE, 2nd Fl
Washington, DC 20002


The Hartford
P.O. Box 660916
Dallas, TX 75266-0916


Theophilus Twum Barima
1127 Soldiers Ridge Circle Apt 104
Manassas, VA 20109


Thomas C Azzinaro
5920 Clay St NE
Washington, DC 20019


Thomas Caitano
PO Box 100944
Arlington, VA 22210

Thomas Malz
5020 Huron St
College Park, MD 20740


Tiffany Barringer
10207 Brookhaven Ln
Upper Marlboro, MD 20772


Timothy F Galvin
306 16th St NE
Washington, DC 20002


Timothy Morrison
2211 Cocquina Dr
Reston, VA 20191


TML, a Xerox Company
P.O. Box 603065
Charlotte, NC 28260-3065


Tomas Hernandez
3038 Patrick Henry Dr Apt 101
Falls Church, VA 22044


Toni K Slavov
5612 Bloomfield Dr Apt 102
Alexandria, VA 22312


Tony Pacheco Rodriguez
2018  Peach Orchard Dr
Apt T1
Falls Church, VA 22043


Total Audio Visual Systems, Inc.
9301 Georgia Ave
Silver Spring, MD 20910

Tracy B Harrison
6025 Clay St NE
Washington, DC 20019


Transito E Rodriguez
2925 Stillwood Cir Apt 303
Falls Church, VA 22042


Travelers
PO Box 660317
Dallas, TX 75266-0317


TRAVIS TEETER
12190 SUNSET HILLS RD
RESTON, VA 20190


Tricia Vasquez
339 Reneau Way
Herndon, VA 20170


Tristan C Baban
6919 Boheim Ct
MCLEAN, VA 22101


True World Foods
10640 Iron Bridge Road, Suites 5&6
Jessup, MD 20794


Trysten A Fisher
1550 Northern Neck Dr
Vienna, VA 22182


Tyler J Knoll
5911 Edsall Rd Apt 1212
Alexandria, VA 22304

Tyler Morley
10522 Rosehaven Street Apt 106
FAIRFAX, VA 22030


Tysons Gallareia LLC
SDS-12-3054
P.O. Box 86
Minneapolis, MN 55488-3054


Umer Naim
12756 Bombay Way
Woodbridge, VA 22192


Valeria M Linares Ormeno
12450 Great Park Cir Apt 302
Germantown, MD 20876


VEGA Pest Elimination
611 Hollywood Ave
Silver Spring, MD 20904


Veronica Joya Melgar
37 Wedgedale Dr
Sterling, VA 20164


VICTOR MARTINEZ LINARES
539 Riggs Rd NE
WASHINGTON, DC 20011


Victor Ponce
4335 Wedgewood Dr Apt 102
Annandale, VA 22003


Victorino Montero Montero
539 Riggs Rd NE
Washington, DC 20011

Victorino Mora
2006 Peach Orchard Dr Apt 13
Falls Church, VA 22043


Victorino Pozos
1236 11th St NW Apt 110
Washington, DC 20001


Violeta Mich
3016 Regents Tower St Apt 251
Fairfax, VA 22031


Vuk Mijatovic
2221 Georgian Way Apt 32
Silver Spring, MD 20902


Warsame Ali
4355 Ivymount Ct
Annandale, VA 22003


Washington Gas
P.O. Box 37747
Philadelphia, PA 19101-5047


Washington Lamb Inc.
7963 Conell Ct.
Lorton, VA 22079


Waste Management
24516 Network Place
Chicago, IL 60673-1245


WC Food Lines Inc.
1900 Bayard St.
Baltimore, MD 21230

Wendy Lam
5500 Ascot Ct Apt 221
Alexandria, VA 22311


Wendy Lopez
3314 Memorial St
Alexandria, VA 22306


Wiliiam C Mejia
7455 Little River Turnpike
Annandale, VA 22003


Willians W Jimenez Guifarro
3917 Carolyn Ave
Fairfax, VA 22031


Yanina C Ferrer Noriega
7464 Covent Wood Ct
Annandale, VA 22003


Yasaman Salahmand
2311 Pimmit Drive Apt 1018
FALLS CHURCH, VA 22043


Yassine Sebbata
3800 Powell Ln PH15
Falls Church, VA 22041


Yegzeru B Hailegiorgis
5801 Quantrell Ave Apt 103
Alexandria, VA 22312


Yeon J Kim
2047 Mayfair McLean Ct
Falls Church, VA 22043

Yesli N Lopez
2055 N Vermont St
Arlington, VA 22207


Yhosbett D Jordan Martinez
4076 Championship Dr
Annandale, VA 22003


Yoloxochil Herrera
8137 Prescott Dr
Vienna, VA 22180


Youness Boukhlifi
6717 Hopewell Ave
Springfield, VA 22151


Yunhui Zhang
42468 Magellan Square
Ashburn, VA 20148


Yury H Godoy
3636 16th St NW
B-904
Washington, DC 20010


Zachary D Seligman
1521 Boyd Pointe Way Apt 3110
Vienna, VA 22182


Zachary M Cain Jr II
1303 Savannah St SE
Washington, DC 20032


Zachary M Von Pfahl
1220 Weatherstone Ct
Reston, VA 20194

Zachary S Lee
8340 Greensboro Dr #605
McLean, VA 22102


Zarko Nikolic
11414 Soward Dr
Kensington, MD 20895


Zdravko Solenkov
215 Century Pl Apt 1315
Alexandria, VA 22304

# United States Bankruptcy Court
### District of Maryland

In re   **Tyisa, LLC** _____

                               Debtor(s)

Case No. _____

Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tyisa, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September  6, 2018** _____
Date

**/s/ Richard J. Oparil** _____
**Richard J. Oparil**
Signature of Attorney or Litigant
Counsel for   **Tyisa, LLC** _____
**Porzio, Bromberg & Newman, P.C.**
**1200 New Hampshire Avenue, NW**
**Washington, DC 20036-6802**

**rjoparil@pbnlaw.com**